MAGISTRATE  GARY PURCELL

Writ HC: 2254

FILING FEE PAID  NO
I.F.P. Received   YES          I.F.P Amount $ 5.00

# Civ-08-326 HE

GLOSSIP  v. SIRMONS

NEVER IN THIS COURT BEFORE