IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP,  )
        Plaintiff,  )
         )
vs.  )  No. CIV-08-0326-HE
         )
WARDEN MARTY SIRMONS,  )
        Defendants.  )

## ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. §636, this death penalty habeas matter is hereby referred to Magistrate Judge Gary M. Purcell for case management proceedings.

IT IS SO ORDERED this 31st day of March, 2008.

JOE HEATON
UNITED STATES DISTRICT JUDGE