IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, )
)
          Petitioner, )
)
v. ) No. CIV-08-326-HE
)
MARTY SIRMONS, Warden, )
Oklahoma State Penitentiary, )
)
          Respondent. )

### O R D E R

This matter having been referred to the undersigned to conduct case management proceedings, and upon Petitioner's request for court-appointed counsel, the Court appoints Mark Henricksen, 600 North Walker, Suite 200, Oklahoma City, Oklahoma 73102, (405) 609-1970, to represent Petitioner in federal habeas corpus proceedings before this Court.

Counsel for Petitioner is directed to obtain a complete copy of the state court record within thirty days of the date of this Order. A case management conference will be conducted before the undersigned on May 6, 2008, at 11:00 a.m. to set dates for the filing of pleadings. At the conclusion of the case management conference, counsel for Petitioner will meet with the undersigned *ex parte* to discuss a litigation budget for the case.

IT IS SO ORDERED this  3rd  day of  April, 2008.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE