UNITED STATES DISTRICT COURT

_____Western_____ District of_____Oklahoma_____

**RICHARD GLOSSIP,**
  **Petitioner,**

vs.

**MARTY SIRMONS,**
  **Respondent.**

        **ATTORNEY APPEARANCE**

        **CASE NUMBER: CIV-08-326-HE**

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for Respondent.

  I certify that I am admitted to practice in this court.

  I am registered in this Court's Electronic Filing System.

| | |
|---|---|
| April 7, 2008 | s/ SETH S. BRANHAM |
| *Date* | *Signature* |
| | |
| | SETH S. BRANHAM, Assistant Attorney General, 18019 |
| | *Print Name*        *Bar Number* |
| | |
| | 313 NE 21st Street |
| | *Address* |
| | |
| | Oklahoma City  OK  73105 |
| | *City*  *State*  *Zip Code* |
| | |
| | (405) 521-3921  (405) 522-4534 |
| | *Phone Number*  *Fax Number* |
| | Service email: fhc.docket@oag.state.ok.us |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7<u>th</u> day of April, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark L Henricksen

<u>s/ SETH S. BRANHAM</u>