# IN THE DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. CIV-08-326-HE |
| | ) |
| MARTY SIRMONS, Warden, | ) |
| Oklahoma State Penitentiary, | ) |
| | ) |
| Respondent. | ) |

## APPLICATION FOR APPOINTMENT OF CO-COUNSEL
_____

COMES NOW Mark Henricksen, of Henricksen and Henricksen, Lawyers, Inc., and applies to this Court for an Order appointing Lanita Henricksen, as co-counsel for the Petitioner in the above styled and numbered habeas corpus proceeding.

1. Lanita Henricksen has been a practicing attorney since 1992 and has experience in federal court and is a member of the Special Death Penalty Habeas Corpus Panel; that she is admitted to practice in the Untied States District Court for the Western District of Oklahoma, the Tenth Circuit Court of Appeals, and the Supreme Court of the United States.

2. That co-counsel should keep separate time records, but that no increase in attorney fees or costs will be incurred as a result of the appointment of Lanita Henricksen as co-counsel and no billing will be submitted for any duplicate work

performed by co-counsel which may be necessary such as reading of portions of transcripts, portions of the record, conferences between counsel and co-counsel in regards to the case, duplicate travel time/costs, and no additional request for funds requested in the Litigation Budget will be made as a result of appointment of co-counsel.

    3. That co-counsel should be paid at the rate of One Hundred Sixty-six Dollars ($166.00) per hour for services rendered as co-counsel for the Petitioner.

    WHEREFORE, Mark Henricksen prays that Lanita Henricksen be appointed as co-counsel in the above styled and numbered cause of action, and that she be paid for her services as co-counsel at the hourly rate of One Hundred Sixty-six Dollars ($166.00).

                                  HENRICKSEN & HENRICKSEN
                                  LAWYERS, INC.

                By:    s/Mark Henricksen
                         MARK HENRICKSEN, OBA# 4102

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 1, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Seth Branham, Esq.
313 NE 21st Street
Oklahoma City, Oklahoma 73105
(405) 521-3921 (405) 522-4534 Fax
fhc.docket@oag.state.ok.us

                s/Mark Henricksen
                MARK HENRICKSEN

HENRICKSEN & HENRICKSEN
LAWYERS, INC.
600 N. Walker, Suite 220
Oklahoma City, Oklahoma 73102
(405) 609-1970 (405) 609-1973 Fax
mark.henricksen@coxinet.net