# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-08-326-HE |
| ) | |
| MARTY SIRMONS, Warden, Oklahoma ) | |
| State Penitentiary, ) | |
| ) | |
| Respondent. ) | |

## ORDER APPOINTING CO-COUNSEL
_____

Now on this  1st  day of  May, 2008, upon the Application for Appointment of Co-Counsel filed by Mark Henricksen. The court reviews the file, reviews statements of counsel, and finds, and

**IT IS ORDERED** that Lanita Henricksen should be and is hereby appointed as co-counsel for the Petitioner and that said Lanita Henricksen should be paid for her services as co-counsel at the rate of One Hundred Sixty-Six Dollars ($166.00) per hour.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE