IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP,                            )
                                            )
                Petitioner,                 )
                                            )
v.                                          )   No. CIV-08-326-HE
                                            )
MARTY SIRMONS, Warden,                      )
Oklahoma State Penitentiary,                )
                                            )
                Respondent.                 )

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner has filed a motion for leave to proceed *in forma pauperis* and supporting affidavit. Having reviewed said motion, the Court finds that Petitioner has sufficient funds to prepay the filing fee of $5. Because he does not qualify for authorization to proceed without prepayment of the filing fee, Petitioner's motion is denied and he must prepay the full $5 filing fee for this action to proceed.

Therefore, Petitioner is advised that unless he pays the $5 filing fee in full to the Clerk of the Court on or before the 6th day of June, 2008, this action will be subject to dismissal without prejudice to refiling.

IT IS SO ORDERED this 6th day of May, 2008.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE