```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                WESTERN DISTRICT OF OKLAHOMA
```

RICHARD GLOSSIP,              )
                              )
            Petitioner,       )
                              )
v.                            )      No. CIV-08-326-HE
                              )
MARTY SIRMONS, Warden,        )
Oklahoma State Penitentiary,  )
                              )
            Respondent.       )

## ORDER

On May 6, 2008, the Court held a case management conference in this matter. Mark Henricksen appeared on behalf of Petitioner. Seth Branham appeared on behalf of Respondent. During the conference, the Court made the following orders:

1. The petition for writ of habeas corpus shall be filed on or before November 1, 2008. The petition shall state with specificity the grounds for relief, the facts and authority alleged to entitle Petitioner to relief, and a statement as to whether each ground asserted has been properly exhausted or is subject to procedural bar.

2. Motions for leave to conduct discovery must be filed on or before November 1, 2008. A motion for evidentiary hearing must be filed on or before December 31, 2008. The Court will not consider motions filed after the applicable date without a showing of good cause for the failure to file within the allotted time. A party opposing a motion shall file a response to the motion in accordance with Local Court Rules.

3. Respondent shall file a response to the petition no later than sixty (60) days after the filing of the petition. The

response should present whether Petitioner has exhausted his state remedies, an analysis of each of Petitioner's grounds for relief (including whether such grounds have been procedurally defaulted), and any cases and supporting documents relied upon by Respondent in opposition to the petition.

4. Petitioner may file a reply to the response no later than thirty (30) days after the filing of the response.

5. Respondent shall transmit the state court record, including all trial and post-conviction proceedings, to the Court on or before the date the response is due to be filed.

6. This Order disposes of all issues referred to the undersigned in the captioned matter.

IT IS SO ORDERED this __6th__ day of __May__, 2008.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE