```
UNITED STATES
DISTRICT COURT
Western District of Oklahoma
Oklahoma City Division

# 127610  -  NM
May 8, 2008


Code      Case #        Qty      Amount

HAB COR  1-08-CV-326             5.00 C
H
  Judge    - JOE HEATON
  Litigate - GLOSSIP V SIRMONS


Total->                          5.00


FROM: HENDRICKSEN AND HENRICKSEN
```