# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RICHARD GLOSSIP,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. CIV-08-326-HE |
| | ) |
| **MARTY SIRMONS, Warden,** | ) |
| **Oklahoma State Penitentiary,** | ) |
| | ) |
| Respondent. | ) |

### PETITIONER'S APPLICATION TO FILE UNDER SEAL A PSYCHIATRIC EVALUATION TO BE INCLUDED IN THE APPENDIX TO THE PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO THE E-GOVERNMENT ACT OF 2002
_____

The Petitioner, Richard Glossip, was charged with First Degree Murder in violation of Okla. Stat. tit. 21 § 701.7. He was convicted in a jury trial and was sentenced to death. His conviction and sentence were affirmed by the Oklahoma Court of Criminal Appeals on direct appeal, and his Application For Post Conviction Relief was denied by the Oklahoma Court of Criminal Appeals.

The undersigned counsel was appointed to represent Petitioner in this habeas corpus proceeding. The Petitioner's Petition For A Writ of Habeas Corpus is due November 1, 2008. One document that is to be included in the Appendix to the Petition for Writ of Habeas Corpus as Attachment 7 contains confidential and

privileged information which is required to be redacted, or alternatively sealed pursuant to a court order, pursuant to the E-Government Act of 2002.

Attachment 7 is four pages long and is a copy of a Psychiatric Evaluation For The Determination of Competency to Stand Trial in connection with psychiatric testing performed on co-defendant Justin Sneed, dated July 1, 1997. Mr. Glossip seeks to file said Attachment 7 under seal due to the confidential and privileged nature and contents of said document. Therefore, Mr. Glossip requests that this court enter an Order allowing him to file the Psychiatric Evaluation under seal.

Counsel for Mr. Glossip has contacted Assistant Attorney General Seth Branham, counsel for Respondent, on October 21, 2008 and he states that the Respondent has no objection to filing the document under seal.

Dated this 21st day of October, 2008.

Respectfully submitted,

s/ Mark Henricksen
MARK HENRICKSEN, OBA #4102

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2008, I electronically transmitted the

attached document to the Clerk of this Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Seth Branham, Esq.
Assistant Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
fhc.docket@oag.state.ok.us

                                        s/Mark Henricksen
                                        MARK HENRICKSEN

HENRICKSEN & HENRICKSEN
LAWYERS, INC.
600 North Walker, Suite 220
Oklahoma City, Oklahoma  73102-3035
(405) 609-1970      (405) 609-1973 fax
mark.henricksen@coxinet.net