# IN THE DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **RICHARD GLOSSIP,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| vs. | ) | No. CIV-08-326-HE |
| | ) | |
| **MARTY SIRMONS,** Warden, | ) | |
| **Oklahoma State Penitentiary,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### ORDER ALLOWING PETITIONER TO FILE UNDER SEAL A PSYCHIATRIC EVALUATION TO BE INCLUDED AS ATTACHMENT 7 TO THE APPENDIX TO THE PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

_____

THIS MATTER comes on for hearing the Petitioner Richard Glossip's application to file under seal a certain Psychiatric Evaluation to be included as Attachment 7 in the Appendix to the Petitioner's Petition for Writ of Habeas Corpus which is due November 1, 2008.

Pursuant to the E-Government Act of 2002 allowing Petitioner to file under seal certain documents which contain confidential and privileged information, the Court does enter this order allowing Petitioner to file said document under seal, and directing the United States District Court Clerk to maintain the following document under seal until either further order of this Court, or until completion of this case:

**Attachment 7 to the Appendix to Petitioner's Petition For A Writ of Habeas Corpus, which is A Psychiatric Evaluation For The Determination of Competency to Stand Trial dated July 1, 1997.**

Counsel for Petitioner is ordered to mail or deliver to counsel for Respondent a copy of the document sealed pursuant to this order, and to file a Notice of Conventional Filing of said document.

Dated this 21st day of October, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

MARK HENRICKSEN
HENRICKSEN & HENRICKSEN
LAWYERS, INC.
600 North Walker, Suite 220
Oklahoma City, Oklahoma  73102-3035
(405) 609-1970     (405) 609-1973 fax
mark.henricksen@coxinet.net