**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

|                | )    |          |
|----------------|------|----------|
| Plaintiff(s),  | )    |          |
|                | )    |          |
| v.             | )    | Case No. |
|                | )    |          |
| Defendant(s)   | )    |          |

**NOTICE OF CONVENTIONAL FILING**

**Please take notice** that (Plaintiff/Defendant) _____,(Name of Party) _____,

has conventionally filed the original and one copy of the following document, paper or other material:

_____
(Title of Document, Paper or Other Material)

This document, paper, or other material has not been filed electronically because:

☐    it cannot be converted to electronic format

☐    the electronic file size of this material exceeds 5 megabytes (MB)

☐    it is filed under seal

☐    the Court by Order has excused electronic filing

☐    it is exempt from electronic filing pursuant to § II.A.1 of the ECF Policy & Procedures Manual

The document, paper, or other material has been conventionally served on all parties.

    s/_____
Name
Attorney bar number, if applicable
Address
City
State, Zip Code
Phone:
Fax:
E-mail:

*Certificate of Service*

\_\_\_\_ I hereby certify that on (date) _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

\_\_\_\_\_ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

\_s/_____
s/ Attorney Name