# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD GLOSSIP, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIV-08-326-HE |
| | ) | |
| MARTY SIRMONS, WARDEN, | ) | |
| Oklahoma State Penitentiary, | ) | |
| | ) | |
| Respondent. | ) | |

_____

## APPENDIX TO PETITION FOR A WRIT OF HABEAS CORPUS

_____

November 3, 2008

_____

**MARK HENRICKSEN, OBA #4102**
**LANITA HENRICKSEN, OBA#15016**
HENRICKSEN & HENRICKSEN
LAWYERS, INC.
600 N. Walker, Suite 220
Oklahoma City, Oklahoma 73102-3035
(405) 609-1970
(405) 609-1973 (Facsimile)
mark.henricksen@coxinet.net
henricksen.lanita@coxinet.net

# LIST OF ATTACHMENTS TO APPENDIX

*(Birth dates, social security numbers, addresses, phone numbers, e-mail addresses, and names of minor children have been redacted pursuant to the E-Government Act of 2002.)*

Attachment 1- Oklahoma Court of Criminal Appeals Opinion Denying Post-Conviction Relief

Attachment 2- Oklahoma Court of Criminal Appeals Direct Appeal Opinion

Attachment 3- United States Supreme Court denial of certiorari

Attachment 4-Judgment and Sentence

Attachment 5- The Death Warrant

Attachment 6- State's Exhibits 79 and 65

Attachment 7- Determination of Competency to Stand Trial, Psychiatric Evaluation of Justin B. Sneed, by Edith King, Ph.D.,dated July 1, 1997.  **(Filed under seal pursuant to Order of October 21, 2008, and E-Government Act of 2002)**

Attachment 8- Affidavit of Christopher Evangelista, dated October 15, 2006

Attachment 9- Affidavit of Steve Leedy, dated October 11, 2006

Attachment 10- Affidavit of Sherry Britton, dated October 13, 2006

Attachment 11- Affidavit of Anna Rose Wilson, dated October 12, 2006

Attachment 12- Affidavit of Sara Bonnell, dated October 18, 2006

Attachment 13- Affidavit of Krystal Willis, dated October 18, 2006

Attachment 14- Affidavit of Donald Stamman, dated October 13, 2006

Attachment 15-Affidavit of Latricia Deselle, dated October 9, 2006

Attachment 16-Affidavit of Jolene Perham, dated December 15, 2005
    Re: Financial Records of Best Budget Inn

Attachment 17-Affidavit of Jolene Perham, dated December 15, 2005
    Re: Videotape of Interview with Justin Sneed (Copy of video is filed conventionally.)

Attachment 18-Redacted version of Affidavit of Jolene Perham, dated December 15, 2005, Re: Transcript of Videotaped Interview with Justin Sneed **Portions of interview redacted pursuant to E-Government Act of 2003**