# ATTACHMENT 3:

United States Supreme Court Denial of Certiorari

**Westlaw**

128 S.Ct. 1124                                                                  Page 1
128 S.Ct. 1124, 169 L.Ed.2d 952, 76 USLW 3392
**128 S.Ct. 1124**

**H**
Glossip v. Oklahoma
U.S.,2008

Supreme Court of the United States
Richard Eugene **GLOSSIP**, petitioner,
v.
OKLAHOMA.
**No. 07-7448.**

Jan. 22, 2008.

Case below, 157 P.3d 143.

Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

U.S.,2008
Glossip v. Oklahoma
128 S.Ct. 1124, 169 L.Ed.2d 952, 76 USLW 3392

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. U.S. Govt. Works.