# ATTACHMENT 4:

Judgment and Sentence

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

AUG 27 2004

PATRICIA PRESLEY, COURT CLERK
by_____ Deputy

| | |
|---|---|
| STATE OF OKLAHOMA, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD EUGENE GLOSSIP, )<br>Defendant. ) | CASE NO. CF-1997-0244 |

## JUDGMENT AND SENTENCE

NOW on this 27th day of August, 2004, the same being one of the regular judicial days of the District Court of Oklahoma County, State of Oklahoma, this cause came on for Judgment and Sentence, and the defendant, RICHARD EUGENE GLOSSIP, being present in person and by his counsel, Silas R. Lyman II, Chief, Capital Trial Division, OIDS, and L. Wayne Woodyard, Capital Trial Division, OIDS, in open Court, and the plaintiff, the State of Oklahoma, being being represented by Connie Smothermon, Assistant District Attorney, and Gary L. Ackley, Assistant District Attorney, Oklahoma County, State of Oklahoma, and the said defendant, RICHARD EUGENE GLOSSIP, having been duly presented and arraigned and having pleaded "Not Guilty" to the offense of MURDER IN THE FIRST DEGREE, as charged in the Information filed herein, and having been duly and regularly tried and convicted of said offense in Oklahoma County, State of Oklahoma.

THEREUPON, defendant, RICHARD EUGENE GLOSSIP, having been asked by the Court whether he had any legal cause to show why Judgment and Sentence should not be pronounced against him, in conformity with the verdict of the jury, and the defendant, RICHARD EUGENE GLOSSIP, giving no good reason why said Judgment and Sentence should not be pronounced, and none appearing to the Court; the Court does hereby adjudge and sentence the

said defendant, RICHARD EUGENE GLOSSIP, for the offense by him committed, in conformity with the verdict of the jury.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that the said defendant, RICHARD EUGENE GLOSSIP, be conveyed from the Bar of this Court to the County Jail of Oklahoma County, State of Oklahoma, and within ten (10) days thereafter be by the Sheriff of Oklahoma County, State of Oklahoma, transported to the Oklahoma State Penitentiary, Department of Corrections, located at McAlester, Oklahoma, where the Warden of the said Penitentiary, or his successor in office, is hereby directed to confine the said RICHARD EUGENE GLOSSIP until he is transferred to any other place of incarceration as designated by the Department of Corrections, State of Oklahoma and on the 17th day of November, 2004, the Warden of the place of incarceration designated by the Department of Corrections is commanded on that day to put the said RICHARD EUGENE GLOSSIP to death by continuous intravenous administration of a lethal quantity of an ultra-shortacting barbiturate in combination with a chemical paralytic agent until death is pronounced by a licensed physician according to accepted standards of medical practice, or in any other manner that may be designated by the laws of the State of Oklahoma, in all respects as provided by law for such execution; and the Clerk of this Court is commanded to deliver to said Sheriff of Oklahoma County, State of Oklahoma, a certified copy of this Judgment and Sentence, together with the Death Warrant which will be sufficient warrant and authority to the said Sheriff of Oklahoma County, State of Oklahoma and Warden of the said Center, or his successor in office, and Department of Corrections, or any place of confinement of the Department of Corrections,

2

State of Oklahoma, for the execution of the Judgment and Sentence as herein provided; return of this proceedings hereunder to be endorsed thereon and filed as provided by law.

THEREUPON, the defendant, RICHARD EUGENE GLOSSIP, by his counsel, in open Court, gave notice of his intention to appeal from the Judgment and Sentence herein pronounced, and for good cause shown.

IT IS THEREFORE, the judgment and order of the Court that the defendant, RICHARD EUGENE GLOSSIP, be allowed and he is hereby granted the time allowed by law in which to make, prepare and serve the transcript herein, to all of which proceedings the defendant, RICHARD EUGENE GLOSSIP, excepted and exceptions duly allowed.

_____
Twyla Mason Gray
DISTRICT JUDGE

ATTEST: (SEAL)

_____
PATRICIA PRESLEY, COURT CLERK
Oklahoma County, Oklahoma

3