# ATTACHMENT 5:

The Death Warrant

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

AUG 27 2004

PATRICIA PRESLEY, COURT CLERK
by_____ Deputy

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
    Plaintiff, )
 )
vs. ) CASE NO. CF-1997-0244
 )
RICHARD EUGENE GLOSSIP, )
    Defendant. )

## THE DEATH WARRANT

THE STATE OF OKLAHOMA

    TO

JOHN WHETSEL, Sheriff, Oklahoma County, State of Oklahoma
    AND
REGINALD HINES, Warden of the Oklahoma State Penitentiary, located at McAlester,
    Oklahoma or his successor in office.

    WHEREAS, the above named defendant, RICHARD EUGENE GLOSSIP, being charged by Information in the District Court of Oklahoma County, State of Oklahoma, with the crime of MURDER IN THE FIRST DEGREE, and having been arraigned and entered a plea of Not Guilty on the 7th day of February, 1997, the same being one of the regular judicial days of said Court; and

    WHEREAS, on the 10th day of May, 2004, the same being a regular judicial day of said Court, the defendant, RICHARD EUGENE GLOSSIP, being present in person and by his counsel, Silas R. Lyman II, Chief, Capital Trial Division, OIDS, and L. Wayne Woodyard, Capital Trial Division, OIDS, and the plaintiff, the State of Oklahoma, being present by its counsel, Connie Smothermon, Assistant District Attorney, and Gary L. Ackley, Assistant District Attorney, Oklahoma County, State of Oklahoma, and thereupon both parties announced ready for trial, and the said trial not having been completed was continued and resumed from day

to day, to and including the 3rd day of June, 2004, all of which days were regular judicial days of said Court. At each and every step in the proceedings of said trial, the defendant, RICHARD EUGENE GLOSSIP, was present in person and represented by his counsel, Silas R. Lyman II, Chief, Capital Trial Division, OIDS, and L. Wayne Woodyard, Capital Trial Division, OIDS, and the State of Oklahoma was represented by Connie Smothermon, Assistant District Attorney, and Gary L. Ackley, Assistant District Attorney, Oklahoma County, State of Oklahoma; and,

WHEREAS, on the 13th day of May, 2004, a jury was duly empaneled and sworn and the trial was commenced; and,

WHEREAS, on the 1st day of June, 2004, the State rested as to the first stage of the trial; and,

WHEREAS, on the 1st day of June, 2004, the Defense rested as to the first stage of the trial; and,

WHEREAS, on the 1st day of June, 2004, the Court instructed said jury and thereafter said cause was argued to the jury as to the first stage by the respective counsel, and thereafter, the Court submitted the cause to the jury, and said jury retired in the care of the duly sworn bailiff of the Court for deliberation; and thereafter, the said defendant, RICHARD EUGENE GLOSSIP, being present in person and by counsel, Silas R. Lyman II, Chief, Capital Trial Division, OIDS, and L. Wayne Woodyard, Capital Trial Division, OIDS, and the State of Oklahoma, being represented by Connie Smothermon, Assistant District Attorney, and Gary L. Ackley, Assistant District Attorney, Oklahoma County, State of Oklahoma, the said jury, after deliberating and being in charge of the duly sworn bailiff of the Court returned their verdict in the first stage of said cause in open Court, as follows, to-wit:

2

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE
STATE OF OKLAHOMA SITTING IN AND FOR OKLAHOMA COUNTY

| | |
|---|---|
| STATE OF OKLAHOMA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    VERDICT CF-1997-0244<br>) |
| RICHARD EUGENE GLOSSIP,<br>    Defendant. | )<br>)<br>) |

We, the jury, empaneled and sworn in the above entitled cause, do upon our oaths, find the defendant, RICHARD EUGENE GLOSSIP, guilty of Murder in the First Degree.

/s/ Donald Stamman
FOREMAN

THEREUPON, the Court received the verdict of the jury and polled the jury, the jury as a body stating that the verdict was his or her own, and that he or she agreed therewith.

THEREUPON, the Clerk was directed to file and record the verdict as the verdict of the jury.

THEREUPON, on the 2nd day of June, 2004, the same being a regular judicial day of said Court, the defendant RICHARD EUGENE GLOSSIP, being present in person and by his counsel, Silas R. Lyman II, Chief, Capital Trial Division, OIDS, and L. Wayne Woodyard, Capital Trial Division, OIDS, and the plaintiff, the State of Oklahoma, being represented by Connie Smothermon, Assistant District Attorney, and Gary L. Ackley, Assistant District Attorney, Oklahoma County, State of Oklahoma, and thereupon, both parties having announced ready for trial in the sentencing stage of this trial and the jury, having prior to the sentencing stage been duly empaneled and sworn to try the cause, the trial proceeded on the sentencing stage

3

and all evidence was completed and all parties rested as to the sentencing stage.

THEREUPON, the Court instructed said jury and thereafter, said cause was argued to the jury by the respective counsel as to the sentencing stage, thereafter, the Court submitted the cause to the jury on punishment. The jury retired in the care of the duly sworn bailiff of the Court for deliberation; thereafter, the said defendant, RICHARD EUGENE GLOSSIP, being present in person and by counsel, Silas R. Lyman II, Chief, Capital Trial Division, OIDS, and L. Wayne Woodyard, Capital Trial Division, OIDS, and the State of Oklahoma, being represented by Connie Smothermon, Assistant District Attorney, and Gary L. Ackley, Assistant District Attorney, Oklahoma County, State of Oklahoma, the said jury, after deliberating and being in care of the duly sworn bailiff of the Court, returned their verdict to the sentencing stage of the trial in open Court, as follows, to-wit:

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE
STATE OF OKLAHOMA SITTING IN AND FOR OKLAHOMA COUNTY

| STATE OF OKLAHOMA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. CF-1997-0244 |
| | ) | VERDICT |
| RICHARD EUGENE GLOSSIP, | ) | |
| Defendant. | ) | |

We, the jury, empaneled and sworn in the above entitled cause, do upon our oaths, having heretofore found the defendant, RICHARD EUGENE GLOSSIP, guilty of Murder in the First Degree, fix his punishment at death.

/s/ Donald Stamman
FOREMAN

4

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE
STATE OF OKLAHOMA SITTING IN AND FOR OKLAHOMA COUNTY

| | |
|---|---|
| STATE OF OKLAHOMA,<br>        Plaintiff, | )<br>)<br>) |
| vs. | )   VERDICT CASE NO. CF-1997-0244 |
| RICHARD EUGENE GLOSSIP,<br>        Defendant. | )<br>)<br>) |

We, the jury, empaneled and sworn in the above entitled cause, do upon our oaths unanimously find the following statutory aggravating circumstance or circumstances as shown by the circumstance or circumstances checked:

X   The person committed the murder for remuneration or the promise of remuneration or employed another to commit the murder for remuneration or the promise of remuneration;

/s Donald Stamman
FOREMAN

THEREUPON, the Court polled the jury, calling the name of each juror sworn to try said cause, and each juror upon his name being called stated that the verdicts were his or her own, and that he or she agreed therewith.

THEREUPON, the Clerk was directed to file and record the verdicts as the verdicts of the jury; and thereupon, the Court set the 27th day of August, 2004, at 3:00 p.m., as the date and time for hearing of any motions filed by defendant, RICHARD EUGENE GLOSSIP, and for Judgment and Sentence, as aforesaid, whereupon, the defendant, RICHARD EUGENE GLOSSIP, was remanded to the custody of the Sheriff of said Oklahoma County and State of Oklahoma; and,

5

WHEREAS, on the 27th day of August, 2004, the same being a regular judicial day of said Court, at 3:00 p.m. of said day, same being the hour and day heretofore fixed for Judgment and Sentence, as aforesaid, the said defendant, RICHARD EUGENE GLOSSIP, being present in person and by his counsel, Silas R. Lyman II, Chief, Capital Trial Division, OIDS, and L. Wayne Woodyard, Capital Trial Division, OIDS, and The State of Oklahoma, being represented by Connie Smothermon, Assistant District Attorney, and Gary L. Ackley, Assistant District Attorney, Oklahoma County, State of Oklahoma, whereupon, according to the verdict of the jury, as aforesaid, the Judgment and Sentence was rendered by the Court on the 27th day of August, 2004, a certified copy of which Judgment and Sentence proceedings relating thereto are attached hereto and marked "Exhibit A", and made a part hereof, said Judgment and Sentence being that the said RICHARD EUGENE GLOSSIP be put to death on the 17th day of November, 2004, by continuous, intravenous administration of a lethal quantity of an ultra-shortacting barbiturate in combination with a chemical paralytic agent until death is pronounced by a licensed physician according to accepted standards of medical practice, or in any other manner that may be designated by the laws of the State of Oklahoma, within the walls of the place of incarceration designated by the Department of Corrections, and by the Warden of said place of incarceration, or his successor in office; and

WHEREAS, it is further ordered, adjudged and decreed by the Court in said Judgment, that the Sheriff of Oklahoma County, State of Oklahoma, within ten (10) days of the date of said Judgment and Sentence, transport the said defendant, RICHARD EUGENE GLOSSIP, from the Bar of this Court and from the County Jail of Oklahoma County, State of Oklahoma, to the Oklahoma State Penitentiary, Department of Corrections, located at McAlester, Oklahoma, and

6

that the Warden of said Penitentiary or his successor in office, located at McAlester, Oklahoma, cause said defendant, RICHARD EUGENE GLOSSIP, to be closely confined and imprisoned within the walls of the Oklahoma State Penitentiary until transferred to any other place of incarceration designated by the Department of Corrections until the date of said execution, and that upon the day fixed therein, the said Warden, of the place of incarceration designated by the Department of Corrections, or his successor in office, of the place of incarceration, shall fully and legally put to death the said defendant, RICHARD EUGENE GLOSSIP, by continuous, intravenous administration of a lethal quantity of an ultra-shortacting barbiturate in combination with a chemical paralytic agent until death is pronounced by a licensed physician according to accepted standards of medical practice, or in any other manner that may be designated by the laws of the State of Oklahoma, in the manner required by law; and,

WHEREAS, the Warden of said place of incarceration, or his successor in office, is directed and commanded to do all things as provided by law in carrying into effect said execution designated by the laws of the State of Oklahoma.

NOW, THEREFORE, you JOHN WHETSEL, Sheriff of Oklahoma County, State of Oklahoma, are hereby commanded to transport said defendant, RICHARD EUGENE GLOSSIP, from the County Jail of Oklahoma County, Oklahoma, within ten (10) days from this date to the Oklahoma State Penitentiary, Department of Corrections, located at McAlester, Oklahoma, and deliver him, the said RICHARD EUGENE GLOSSIP, to Mike Mullin, Warden of said penitentiary, or his successor in office, and make due return of your action, and herein fail not.

7

And you, Mike Mullin, Warden of said penitentiary, or your successor, in case a change should occur in the Wardenship of said penitentiary, are hereby commanded to accept the said defendant, RICHARD EUGENE GLOSSIP, from the Sheriff aforesaid, and to closely confine and imprison him, the said RICHARD EUGENE GLOSSIP, within the walls of your penitentiary until he is transferred to any other place of incarceration designated by the Department of Corrections and thereafter, the Warden of the designated place of incarceration shall closely confine and imprison him, the said RICHARD EUGENE GLOSSIP within the walls of the place of incarceration until the 17th day of November, 2004, upon which day, the Warden of the place of incarceration is hereby expressly commanded to put to death the said defendant, RICHARD EUGENE GLOSSIP, by continuous intravenous administration of a lethal quantity of an ultra-shortacting barbiturate in combination with a chemical paralytic agent until death is pronounced by a licensed physician according to accepted standards of medical practice or in any other manner that may be designated by the laws of the State of Oklahoma, within the walls of the place of incarceration, in the manner and form provided by law, and you, the Warden of the place of incarceration, or your successor in case a change should occur in the Wardenship of said place of incarceration, are further commanded to make a report upon this Warrant after execution as provided by law, of the defendant, RICHARD EUGENE GLOSSIP, showing the time, mode and manner in which said Warrant has been executed, and in the manner and form as provided by law.

IN WITNESS WHEREOF, I have hereby set my hand and caused the Seal of this Court to be affixed this 27th day of August, 2004.

_____
Twyla Mason Gray
DISTRICT JUDGE

ATTEST: (SEAL)

_____
PATRICIA PRESLEY, COURT CLERK
Oklahoma County, Oklahoma

9

−1354−