# ATTACHMENT 6:

State's Exhibits 79 and 65





STATE'S EXHIBIT 79

CF-97-244   Copy





CF-97-244
COPY