# ATTACHMENT 7:

Determination of Competency to Stand Trial, Psychiatric Evaluation of Justin B. Sneed, by Edith King, Ph.D.,dated July 1, 1997.

**(Filed under seal pursuant to Order of October 21, 2008, and E-Government Act of 2002)**



FILED IN THE ...
OKLAHOMA ...

JUL 17 1997

PATRICIA PRESLEY, COURT CLERK
By _____
Deputy

July 1, 1997

THE HONORABLE JUDGE Richard Freeman
Oklahoma County District Court
321 West Park Avenue
Oklahoma City, OK. 73102

RE: Justin B. Sneed
Case No: CF-97-0244

Dear Judge: Richard Freeman

Enclosed, please find the Psychiatric Evaluation for the Determination of Competency to Stand Trial on.

Respectfully submitted,

Edith King, Ph.D.
Director, Forensic Psychology
Oklahoma License Number 134

xc: Fern L. Smith, Assistant District Attorney
    George Miskovsky III, Assistant Public Defender

*A facility of the Oklahoma Department of Mental Health and Substance Abuse Services*
1200 N.E. 13TH · P.O. BOX 53277 · OKLAHOMA CITY, OK 73152-3277 · BUSINESS NUMBER 405-271-6800 V/TDD
CRISIS NUMBER 405-271-5050 V/TDD · FAX 405-271-3554