# ATTACHMENT 8:

Affidavit of Christopher Evangelista,
dated October 15, 2006

# AFFIDAVIT OF CHRISTOPHER EVANGELISTA

STATE OF OKLAHOMA )
) ss.
COUNTY OF OKLAHOMA )

I, Christopher Evangelista, a person of lawful age, depose and state as follows:

1. In the summer of 2004, I served as a juror in the murder case against Richard Glossip in Oklahoma County.

2. I was present at both stages of the trial.

3. During the trial, I recall that the State utilized posters with facts and flow charts. I found these were very helpful in understanding the prosecution's side of the story.

4. One evening we had to move our cars from the parking garage because it was about to close. I think this happened before deliberations, but cannot be sure.

5. I found Justin Sneed to be one of the most persuasive witnesses for the state. He seemed to be timid and unable to think for himself, as he was presented by the state. However, had I known about his prior burglary and bomb threat, I would have seen that Mr. Sneed could think for himself.

FURTHER AFFIANT SAYETH NOT.

_[signature]_

Subscribed and sworn to before me this 15th day of October, 2006, by the person known to me as Christopher Evangelista.

_[signature]_
Notary Public

My commission number: 02003616
Commission expires: 2/27/2010