# ATTACHMENT 9:

Affidavit of Steve Leedy,
dated October 11, 2006

## AFFIDAVIT OF STEVE LEEDY

STATE OF OKLAHOMA )
)
COUNTY OF CLEVELAND )

I, Steve Leedy, a person of lawful age, depose and state as follows:

1. I am employed by the Oklahoma Indigent Defense System as an investigator with the Tulsa Capital Trial Division.

2. In my position as an investigator, I was assigned to the case of Richard Glossip. As part of this assignment, I attended his trial in Oklahoma County in May and June of 2004.

3. During the course of the trial I was present in the courtroom during the second stage testimony. Towards the end of the state's case I noticed that the judge appeared to be teary eyed.

4. To the best of my memory, I prepared the attached note when I noticed this. However, at the time I was sitting in the gallery and was unable to notify Mr. Glossip's counsel.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me this __11__ day of __October__, 2006, by the person known to me as Steve Leedy.

Valerie Cunningham
Notary Public

My commission expires: 3/03/2007
My commission number: 03002347

Silas,

Judge is crying. You should ask for mistrial. You should make a record at least.