# ATTACHMENT 10:

Affidavit of Sherry Britton,
dated October 13, 2006

## AFFIDAVIT OF SHERRY BRITTON

STATE OF OKLAHOMA )
) ss.
COUNTY OF OKLAHOMA )

I, Sherry Britton, a person of lawful age, depose and state as follows:

1. In the summer of 2004, I served as a juror in the murder case against Richard Glossip in Oklahoma County.

2. I sat through the presentation of evidence in both stages of the trial.

3. One evening we had to move our cars from the parking garage to a location behind the court building because it was getting late. This happened after closing arguments and instructions, but before deliberations. We were escorted down from the courtroom by a police officer.

4. At one point during the trial, Judge Gray got a little emotional. It's possible this happened twice, but no more than that. This may have been during the testimony of Mrs. Van Treese or during the sentencing when other family members were talking.

FURTHER AFFIANT SAYETH NOT.

_Sherry Britton_

Subscribed and sworn to before me this 13th day of October, 2006, by the person known to me as Sherry Britton.

_Krystal Wills_
Notary Public

My commission number: 02003616
Commission expires: 2/27/2010