# ATTACHMENT 11:

Affidavit of Anna Rose Wilson,
dated October 12, 2006

## AFFIDAVIT OF ANNA ROSE WILSON

STATE OF OKLAHOMA )
) ss.
COUNTY OF OKLAHOMA )

I, Anna Rose Wilson, a person of lawful age, depose and state as follows:

1. In the summer of 2004, I served as an alternate juror in the murder case against Richard Glossip in Oklahoma County.

2. As an alternate, I sat through the presentation of evidence in both stages of the trial.

3. During the trial, the prosecution placed several posters around the courtroom. These were very helpful to me.

4. During the trial, I remember seeing Judge Gray with water in her eyes, but I did not see any tears fall.

FURTHER AFFIANT SAYETH NOT.

*Anna R. Wilson*

Subscribed and sworn to before me this 12th day of October, 2006, by the person known to me as Anna R. Wilson.

*Krystal Willis*
Notary Public

My commission number: 02003616
Commission expires: 2/27/2010