# ATTACHMENT 12:

Affidavit of Sara Bonnell,
dated October 18, 2006

## AFFIDAVIT OF SARA BONNELL

STATE OF OKLAHOMA     )
                      )  ss.
COUNTY OF CLEVELAND   )

I, Sara Bonnell, a person of lawful age, depose and state as follows:

1. I am employed by the Oklahoma Indigent Defense System as an Appellate Defense Counsel with the Capital Post Conviction Division.

2. In my position with the agency, Krystal Willis and I were assigned the task of interviewing individuals that served as jurors in the murder case against Richard Glossip in 2004 in Oklahoma County.

### Russell Cleaver

3. One of the jurors that we contacted was Mr. Russell Cleaver. Initially we interviewed Mr. Cleaver on September 15, 2006. At that time he shared the following information:

    i. Mr. Cleaver served as a juror in 2004 in the murder case against Richard Glossip in Oklahoma County.

    ii. He served through the presentation of evidence in both the first and second stages of the trial.

    iii. He observed the judge crying during the trial when they got into details. It was not a big cry, maybe just one tear.

    iv. Further, he recalled that at one point during the trial they had to move their cars because the parking garage was going to close. However, he did not specifically remember when this happened.

3. On October 9, 2006, I again contacted Mr. Cleaver to see if he would be willing to sign an affidavit containing the above described information. After verifying that the above described information was correct, Mr. Cleaver indicated that he was willing to help Krystal and I, but he did not want to help Mr. Glossip and would therefore not be willing to sign an affidavit. However, Mr. Cleaver also indicated that he was not sure he saw a tear from the judge, but that she was sad.

**Clint McEuen**

4. Another juror that we contacted was Mr. Clint McEuen. Initially Krystal Willis and I interviewed Mr. McEuen by telephone on September 25, 2006. At that time he shared the following information:

   i. In the summer of 2004, Mr. McEuen served as a juror in the murder case against Richard Glossip in Oklahoma County.

   ii. He was present for both the first and second stage of the trial.

   iii. During the trial, he recalled the judge coming in to the room and speaking to the jury about something in her personal life, telling the jury that she was upset. At the time, the jurors and possibly the alternates were in the room, but no attorneys were present.

5. On October 12, 2006, Krystal and I again contacted Mr. McEuen. At that time, he stated that he did not want to sign an affidavit because he didn't want the information he provided held against the judge or the proceedings.

**Clint Henderson**

6. We initially contacted Mr. Clint Henderson at his home on September 26, 2006. At that time he shared the following information:

   i. In the summer of 2004, Mr. Henderson served as a juror in the murder case against Richard Glossip in Oklahoma County.

   ii. He was present for both the first and second stage of the trial.

   iii. On the evening the jury was deciding Mr. Glossip's guilt or innocence, the jury had to take a break to move their cars. He stated that the jurors were escorted to the parking garage by two or three security guards. This break was taken after they had already been in the jury room deliberating.

7. On October 12, 2006, Krystal and I again visited Mr. Henderson at his home. At that time, he indicated that the above information was correct to the best of his knowledge, but that he did not want to sign an affidavit. He also asked what would happen if he did not sign the affidavit. At that time, I told him that either Krystal or I would sign an affidavit stating what he had told us.

FURTHER AFFIANT SAYETH NOT.

*Sara Bonnell* [signature]

Subscribed and sworn to before me this 16 day of Oct, 2006, by the person known to me as Sara Bonnell.

[signature] Notary Public

My commission number: 001460l
Commission expires: 9-11-08