# ATTACHMENT 13:

Affidavit of Krystal Willis,
dated October 18, 2006

## AFFIDAVIT OF KRYSTAL WILLIS

STATE OF OKLAHOMA )
                              ) ss.
COUNTY OF CLEVELAND )

I, Krystal Willis, a person of lawful age, depose and state as follows:

1. I am employed by the Oklahoma Indigent Defense System as an Investigator with the Capital Post Conviction Division.

2. In my position with the agency, Sara Bonnell and I were assigned the task of interviewing individuals that served as jurors in the murder case against Richard Glossip in 2004 in Oklahoma County.

**Russell Cleaver**

3. One of the jurors we contacted was Mr. Russell Cleaver. Initially we interviewed Mr. Cleaver on September 15, 2006. At that time he shared the following information:

   i. Mr. Cleaver served as a juror in 2004 in the murder case against Richard Glossip in Oklahoma County.

   ii. He sat through the presentation of evidence in both the first and second stages of the trial.

   iii. He observed the judge crying. It was not a big cry, just one tear.

   iv. Further, he recalled that at one point during the trial they had to move their cars because the parking garage was going to close. However, he did not specifically remember when this happened.

### Clint McEuen

4. Another juror that we contacted was Mr. Clint McEuen. Initially Sara Bonnell and I interviewed Mr. McEuen by telephone on September 25, 2006. At that time he shared the following information:

    i. In the summer of 2004, Mr. McEuen served as a juror in the murder case against Richard Glossip in Oklahoma County.

    ii. He was present for both the first and second stage of the trial.

    iii. During the trial, he recalled the judge coming in to the room and speaking to the jury about something in her personal life, telling the jury that she was upset. At the time, the jurors and possibly the alternates were in the room, but no attorneys were present.

5. On October 12, 2006, Sara and I again contacted Mr. McEuen. At that time, he stated that he did not want to sign an affidavit because he didn't want the information he provided held against the judge or the proceedings.

### Clint Henderson

6. We initially contacted Mr. Clint Henderson at his home on September 26, 2006. At that time he shared the following information:

    i. In the summer of 2004, Mr. Henderson served as a juror in the murder case against Richard Glossip in Oklahoma County.

    ii. He was present for both the first and second stage of the trial.

    iii. On the evening the jury was deciding Mr. Glossip's guilt or innocence, the jury had to take a break to move their cars. He stated that the jurors were escorted to the parking garage by two or three security guards. This break was taken after they had already been in the jury room deliberating.

7. On October 12, 2006, Sara and I again visited Mr. Henderson at his home. At that time, he indicated that the above information was correct to the best of his knowledge, but that he did not want to sign an affidavit. He also asked what would happen if he did not sign the affidavit. At that time, Sara told him that either she or I would sign an affidavit stating what he had told us.

**David Piscitello**

8. I initially interviewed Mr. David Piscitello by phone on October 3, 2006. At that time he shared the following information:

   i. In the summer of 2004, Mr. Piscitello served as a juror in the murder case against Richard Glossip in Oklahoma County.

   ii. He was present for both the first and second stage of the trial.

   iii. At least one time during the trial Mr. Piscitello witnessed the judge crying. He saw her blow her nose. This happened during the second stage of the trial.

9. Further attempts to reach Mr. Piscitello have been unsuccessful.

FURTHER AFFIANT SAYETH NOT.

*Krystal Willis*

Subscribed and sworn to before me this 18 day of Oct., 2006, by the person known to me as Krystal Willis.

*Kelsie Jane Burrita*
Notary Public

My commission number: 06001455
Commission expires: 2-7-10