# ATTACHMENT 14:

Affidavit of Donald Stamman,
dated October 13, 2006

## AFFIDAVIT OF DONALD STAMMAN

STATE OF OKLAHOMA     )
                      )  ss.
COUNTY OF OKLAHOMA    )

I, Donald Stamman, a person of lawful age, depose and state as follows:

1. In the summer of 2004, I served as a juror in the murder case against Richard Glossip in Oklahoma County.

2. I sat through the presentation of evidence in both stages of the trial.

3. During the trial, there were several posters placed around the courtroom that had been prepared by the prosecutor. I did not find these posters to be helpful, but instead felt they were repetitious.

4. One evening we were allowed to move our cars because the parking garage was getting ready to close. I do not remember for sure which evening it was, but believe it was the night of deliberations. We were accompanied by Oklahoma County Sheriff's deputies.

FURTHER AFFIANT SAYETH NOT.

*[Signature: Donald L. Stamman]*

Subscribed and sworn to before me this _13_ day of _Oct_, 2006, by the person known to me as _Donald Stamman_.

*[Signature: Krystal Willis]*
Notary Public

My commission number: _02003616_
Commission expires: _2/27/2010_