# ATTACHMENT 15:

Affidavit of Latricia Deselle,
dated October 9, 2006

# AFFIDAVIT OF LATRICIA DESELLE

STATE OF OKLAHOMA          )
                                                  )      ss.
COUNTY OF OKLAHOMA       )

I, Latricia DeSelle, a person of lawful age, depose and state as follows:

1.    In the summer of 2004, I served as an alternate juror in the murder case against Richard Glossip in Oklahoma County.

2.    I sat through the presentation of evidence in both stages of the trial.

3.    The defense attorneys were not real convincing.

4.    During the trial, the prosecution placed easels with paper pads around the courtroom.  These helped a lot by keeping things in order.  I also remember Ms. Smotherman referring to them during cross examination of defense witnesses.

5.    During the trial, right before deliberations had begun, the jurors had to come out of the court house to move their cars.

FURTHER AFFIANT SAYETH NOT.

_Latricia DeSelle_

Subscribed and sworn to before me this _9th_ day of _October_, 2006, by the person known to me as _Latricia DeSelle_.

_Krystal Willis_
Notary Public

My commission number: _02003616_ .
Commission expires:  _2/27/2010_