# ATTACHMENT 17:

Affidavit of Jolene Perham, dated December 15, 2005
Re: Videotape of Interview with Justin Sneed
(Copy of video is filed conventionally)

EXHIBIT 1

STATE OF OKLAHOMA     )
                      )  ss.
COUNTY OF CLEVELAND   )

### AFFIDAVIT OF JOLENE PERHAM

I, JOLENE PERHAM, upon my oath state the following:

1. I am employed as an investigator for the Oklahoma Indigent Defense System, a state agency headquartered in Norman, Oklahoma.

2. The Oklahoma Indigent Defense System (OIDS) was assigned by the Oklahoma County District Court to represent Mr. Richard Eugene Glossip in his appeal of his capital murder conviction to the Oklahoma Court of Criminal Appeals, case no. D-2005-310. I am assigned to assist Appellate Defense Counsel Janet Chesley and Kathleen Smith in this case, I have personal knowledge of the facts stated therein.

3. On May 2, 2005, the trial attorney files were delivered to OIDS Secretary Norma Dumas, Capital Direct Appeals Division, who Bates stamped in consecutive order each document in the files per Agency policy.

4. Included in the files retrieved and delivered to Ms. Dumas was a videotape Bates stamped LWW 3307, which is a copy of an Oklahoma City Police Department interview with witness, Justin Sneed, which took place on January 14, 1997.

FURTHER AFFIANT SAYETH NOT.

_____
Jolene Perham

Subscribed and sworn to me this 15th day of December, 2005.

_____
Norma Dumas
Notary Public

My commission number: 99018317

My commission expires: 11-09-07