# ATTACHMENT 18:

Redacted version of Affidavit of Jolene Perham, dated December 15, 2005, Re: Transcript of Videotaped Interview with Justin Sneed

**Portions of interview redacted pursuant to E-Government Act of 2003**

EXHIBIT 2

STATE OF OKLAHOMA    )
                               )       ss.
COUNTY OF CLEVELAND   )

## AFFIDAVIT OF JOLENE PERHAM

I, JOLENE PERHAM, upon my oath state the following:

1.     I am employed as an investigator for the Oklahoma Indigent Defense System, a state agency headquartered in Norman, Oklahoma.

2.     The Oklahoma Indigent Defense System (OIDS) was assigned by the Oklahoma County District Court to represent Mr. Richard Eugene Glossip in his appeal of his capital murder conviction to the Oklahoma Court of Criminal Appeals, case no. D-2005-310. I am assigned to assist Appellate Defense Counsel Janet Chesley and Kathleen Smith in this case, I have personal knowledge of the facts stated therein.

3.     On May 2, 2005, the trial attorney files were delivered to OIDS Secretary Norma Dumas, Capital Direct Appeals Division, who Bates stamped in consecutive order each document in the files per Agency policy.

4.     Included in the files retrieved and delivered to Ms. Dumas was a copy of a transcript of an Oklahoma City Police Department interview with witness Justin Sneed, which took place on January 14, 1997. The copy of the transcript is Bates stamped LWW 1668 through 1743.

FURTHER AFFIANT SAYETH NOT.

_____
Jolene Perham

Subscribed and sworn to me this 15th day of December, 2005.

_____
Notary Public

My commission number:   99018317

My commission expires:   11-09-07

TRANSCRIPT OF INTERVIEW

OF

JUSTIN SNEED

FROM VIDEOTAPE

ON

JANUARY 14, 1997

LWW 1668

1    BY MR. COOK:  Justin, this is my

2  partner Detective Bemo.

3    BY MR. BEMO:  How are you doing?

4    BY MR. SNEED:  Good.  How are you

5  doing?

6    BY MR. BEMO:  All right.

7    BY MR. COOK:  What time have you

8  got, Bob?

9    BY MR. BEMO:  I have 7:50 to be

10  exact.

11    BY MR. COOK:  Justin, you're how

12  old?

13    BY MR. SNEED:  19, sir.

14    BY MR. COOK:  And your date of

15  birth is what?

16    BY MR. SNEED:  ███████.

17    BY MR. COOK:  And your Social

18  Security number?

19    BY MR. SNEED:  ██████████.

20    BY MR. COOK:  Are you about 6

21  foot, 140 still, brown hair and hazle eyes?

22    BY MR. SNEED:  No.  I've got like

23  a red tint in my hair.                    LWW 1669

24    BY MR. COOK:  Can I see?

25    BY MR. BEMO:  Well, that's just a

1    small red tint.

2                    BY MR. COOK:   Did you do that on

3    purpose?

4                    BY MR. SNEED:   No.   My mom has got

5    really red hair.

6                    BY MR. COOK:   Really?

7                    BY MR. BEMO:   Oh, it's natural

8    then?

9                    BY MR. SNEED:   Yes.

10                   BY MR. COOK:   Okay.   Justin, what

11   we want to do is talk with you about this

12   thing.   I'm sure these officers told you what

13   you were being brought down here.

14                   BY MR. SNEED:   Yes, sir.

15                   BY MR. COOK:   What did they tell

16   you?

17                   BY MR. SNEED:   They said I was

18   being arrested for murder one, I think.

19                   BY MR. COOK:   Uh-huh.   And so

20   you're technically under arrest right now.   And

21   we want to talk to you about this deal, okay?

22   But before we do, my partner, he's -- he's

23   going to advise you of what we call the Miranda

24   warning.   He's got a card.   He's going to read

25   your rights to you to make sure you understand

LWW 1670

1    those, okay?

2                    BY MR. BEMO:  And before you make

3    up your mind on anything, I want you to hear

4    some of the things that we've got to say to you

5    and before we talk.  But at any rate let me

6    read your rights to you.

7                    You have the right to remain

8    silent, anything you say can and will be used

9    against you in a court of law.  You have the

10   right to talk to an attorney and have him

11   present with you while you are being

12   questioned.

13                    If you cannot afford to hire an

14   attorney one will be appointed to represent you

15   before any questioning if you wish one.  If you

16   do decide to make a statement, you may stop at

17   any time.

18                    Now do you understand these rights

19   I have read to you?

20                    BY MR. SNEED:  Yes, sir.

21                    BY MR. BEMO:  Okay.  Do you want

22   to discuss this incident with us?

23                    BY MR. SNEED:  I believe so.

24                    BY MR. BEMO:  I'm sorry?

25                    BY MR. SNEED:  Yes, sir.

LWW 1671

Larry Shalberg & Associates 405/329-2153  800/328-2153

1        BY MR. BEMO:  Okay.  The thing

2    about it is, Justin, we think -- we know that

3    this involves more than just you, okay?  We've

4    got witnesses and we've got other people and we

5    most likely have physical evidence.  You know

6    what I am saying, on this thing.

7        And right now the best thing you

8    can do is to just be straightforward with us

9    about this thing and talk to us about it and

10   tell us what happened and who all was involved,

11   because I personally don't think you're the

12   only one.

13       Everybody that we talked to

14   they're putting it on you, okay?  They're

15   putting the whole thing on you and they're

16   going to leave you holding the bag.

17       In other words, if you just said

18   you don't want to talk to us and you want to

19   talk to an attorney we would march you down to

20   the jail and we would book you in for this

21   charge and you would be facing this thing on

22   your own.  And I don't think it's just you.

23       I think there are more people

24   involved and you can straighten out a lot of

25   things.  And I just don't think you should take

1    the whole thing.

2                    BY MR. COOK:  Now that gentleman

3    that we talked with, I say we, the cops, when

4    we were out there, is his last name Brassfield?

5                    BY MR. SNEED:  Yeah, Brassfield.

6                    BY MR. COOK:  Yes.  Well,

7    Mr. Brassfield, of course, doesn't know what we

8    know about this, Justin, and he likes you.  All

9    righty?  And it's my understanding that you

10   worked for him when you came up from Texas

11   here, how long ago was that?

12                   BY MR. SNEED:  It was like July

13   3rd when we come up here during the summer.

14   That was the day before --

15                   BY MR. COOK:  Okay.  Fourth of

16   July?

17                   BY MR. BEMO:  Who came up here

18   with you?  One of your brothers?

19                   BY MR. SNEED:  Yes.  My brother,

20   Wes Taylor.

21                   BY MR. BEMO:  Wes Taylor came?

22                   BY MR. SNEED:  He's got a

23   different last name than I do.  He's my

24   stepbrother.

25                   BY MR. BEMO:  Half brother?

1      BY MR. SNEED:  Well, my mom

2    married his dad.

3      BY MR. BEMO:  Oh, I see.  Okay.

4    So he's not even a half brother.  He's just a

5    stepbrother?

6      BY MR. SNEED:  Yes.

7      BY MR. BEMO:  Okay.  So why did

8    you leave the construction crew?

9      BY MR. SNEED:  Because me and my

10   brother were working for this construction crew

11   down there, and we were going to try to -- try

12   to make it here in Oklahoma City, you know, to

13   build up a life here and everything and so we

14   got to talking to the manager at the motel

15   there.

16      BY MR. BEMO:  Who is?

17      BY MR. SNEED:  Rich.  I don't

18   really know his last name.

19      BY MR. COOK:  Okay.  Would you

20   know it if you heard it?

21      BY MR SNEED:  I think it starts

22   with a G.

23      BY MR. COOK:  Glossip?

24      BY MR. SNEED:  Yeas, I think.

25   That kind of sounds right.  I knew it was some

LWW 1674

Larry Shalberg & Associates 405/329-2153

1    weird name.

2              And anyway, we got to talking to

3    him about working with him for like the room,

4    just doing maintenance and doing the

5    housekeeping and everything, just strictly for

6    the room.

7              And so we started doing that for a

8    little while and then my brother was like

9    wanted out of Tarrant County, or he was up here

10   on probation from Tarrant County, and his dad

11   tracked him down to that motel and talked him

12   into going in and turning himself in, so I

13   stayed there for a while.

14             And then one of the bosses because

15   there was like two bosses and this Rob

16   Brassfield, which is like the main boss that

17   gives us our payroll and everything like that

18   and then his brother, Mark Brassfield.

19             Anyway, Mark came by the motel one

20   time like a couple of weeks before Christmas.

21   and told me that as long as I was in Oklahoma

22   City or as long as they were in Oklahoma City

23   or I could find them that if they were doing

24   work that I was more than welcome to come back

25   to work and then -- but he told me he was going

1    to California for a couple of weeks.

2                    BY MR. COOK:  How did he know you

3    were at the motel?

4                    BY MR. SNEED:  Because he knew I

5    was -- or he knew that me and Wes were -- had

6    quit them to work for this motel because we

7    still had one roommate named Jesse.  I can't

8    even think of his last name.  He was a Mexican

9    guy that was living with us when we quit him.

10   And he was still working for these guys, and he

11   knew that we was working for the motel.

12                   And so he just came by cruising by

13   one day and I happened to be outside and he

14   stopped and I talked to him and everything.

15                   BY MR. BEMO:  What kind of work

16   does he do?  I mean, what kind of work do you

17   do for him?

18                   BY MR. SNEED:  For the

19   Brassfields?

20                   BY MR. BEMO:  Yeah.

21                   BY MR. SNEED:  Roofing.

22                   BY MR. BEMO:  Roofing?  Are they

23   just --                                LWW 1676

24                   BY MR. SNEED:  They contract from

25   like All American -- or out of Oklahoma City.

Larry Shalberg & Associates 405/329-2153   800/328-2153

1              BY MR. BEMO:  Do they have a lot

2      of work here in Oklahoma City?

3              BY MR. SNEED:  Yes.  They have

4      been pretty busy since July 4th.

5              BY MR. BEMO:  So they just never

6      had gone back to -- where did you come from out

7      of Texas up to here?

8              BY MR. SNEED:  From Eastland

9      County.

10             BY MR. BEMO:  Cisco?

11             BY MR. SNEED:  Yeah, Cisco.

12             BY MR. BEMO:  Okay.  Is that where

13     the main company is?

14             BY MR. SNEED:  That's where

15     they're from.  That's where they usually roof

16     from.  And then they're kind of like I guess

17     you could call us stormtroopers, wherever there

18     is a heavy storm at they know, you know, quite

19     a few people or quite a few companies that they

20     can go contract from whenever there's a good

21     storm at.

22             BY MR. COOK:  I see.  Well, this

23     is kind of a bad time of the year, isn't it?  I

24     mean, as cold as it's been?        LWW 1677

25             BY MR. SNEED:  Yeah.  Well, they

1    still got quite a bit of business doing like,

2    when this cold spell hit.  They have been just

3    working like four or five hours a day, you

4    know, putting on about 10 square a day and then

5    quitting for the day instead of having

6    everybody out in the cold all day long.

7              BY MR. COOK:  Man, I bet that's

8    rough.

9              BY MR. SNEED:  Yeah, it is.  We

10   have been off.  We took off the last two or

11   three days except for today.  We went and put a

12   15 squares (inaudible) on.

13             BY MR. BEMO:  It's hard work,

14   isn't it?

15             BY MR. SNEED:  No kidding.

16             BY MR. BEMO:  Well, how did you

17   get -- how did you get fixed up at the motel as

18   far as, you know, your job there?

19             BY MR. SNEED:  Well, I really just

20   kind of popped into it.  It was more my brother

21   and the manager taking about working for the

22   room, but my brother was saying me and him

23   would work for the room, but I know that they

24   conversed it, and I just started working for

25   the motel and doing the maid service and

1   everything.

2              BY MR. COOK:  You got your room?

3              BY MR. SNEED:  Yeah.  And then he

4   would buy me supper like every other night or

5   so, you know, just whenever that is, he had a

6   little spare money to buy me supper with.

7              BY MR. BEMO:  Is this the manager?

8              BY MR. SNEED:  Yes.

9              BY MR. BEMO:  Rich?

10             BY MR. SNEED:  Yes.

11             BY MR. COOK:  I'm sorry, you said

12  every other night or so he would buy your

13  supper or every night?

14             BY MR. SNEED:  Well, there was a

15  couple of nights that, you know, I didn't -- he

16  didn't buy me nothing to eat or nothing.

17             BY MR. COOK:  That's kind of

18  rough, isn't it?

19             BY MR. SNEED:  Yes.  It was pretty

20  rough.  That's why I went ahead and decided to

21  go back to work for the roofing company.

22             BY MR. BEMO:  Does it pay pretty

23  good?

24             BY MR. SNEED:  They pay me $5 an

25  hour but we -- during the summertime we can get

1    like 15-16 hours a day because we get started a

2    little bit before sunrise because we can do a

3    lot tearing off without, you know, any sunlight

4    and then during the summertime it don't get

5    dark until like 9:30, so, you know.

6                    BY MR. BEMO:  (Inaudible)

7                    BY MR. SNEED:  Yeah.  Pretty much

8    we work all day, every day, and that's how we

9    were working when I first come up here.  It was

10   all day every day.  But any day they didn't get

11   a chance to work without it being really,

12   really cold then they'll work, even Sundays.

13                    BY MR. BEMO:  So you've been in

14   town since July the 3rd?

15                    BY MR. SNEED:  Yeah.

16                    BY MR. BEMO:  Have you gone back

17   home for any reason since then?

18                    BY MR. SNEED:  No, sir.

19                    BY MR. BEMO:  Are you from Cisco,

20   Texas?

21                    BY MR. SNEED:  No.  I'm from -- I

22   was born in Artesia but I have lived in Cisco

23   since I was four years old.

24                    BY MR. BEMO:  Oh, have you?

25                    BY MR. SNEED:  So you can

1    basically say that I was from Cisco, I guess.

2                    BY MR. BEMO:   Is that where your

3    parents are?

4                    BY MR. SNEED:   My mother lived in

5    Cisco, but I think she's recently moved to

6    Breckenridge since I've been up here, which is

7    just like 35 miles away from Cisco.   It's like

8    Stevens County.

9                    BY MR. COOK:   Okay.   Are your mom

10   and mother together?   I mean, your dad and mom

11   together or are they --

12                   BY MR. SNEED:   No.   My dad still

13   lives in New Mexico, that I know of.   I haven't

14   talked to him in several years.   And my mom was

15   dating a guy name Jose Reyes that worked at

16   Crestridge which is a mobile home factory in

17   Breckenridge.

18                   BY MR. BEMO:   Okay.   So that's

19   where she's at now?

20                   BY MR. SNEED:   Yes.

21                   BY MR. BEMO:   Do you maintain

22   pretty close ties to your mom?

23                   BY MR. SNEED:   I haven't called

24   her in a while.

25                   BY MR. BEMO:   I see.   Now, do you

1       have another brother besides Wes?

2                       BY MR. SNEED:  Yes.  His name is

3       Jeremy.

4                       BY MR. BEMO:  Jeremy?

5                       BY MR. SNEED:  He's my real

6       brother.  He's like a year old other than I am.

7                       BY MR. BEMO:  He's a year older

8       than you are?

9                       BY MR. SNEED:  Yeah.

10                      BY MR. BEMO:  Is he in

11      Breckenridge or where's he at?

12                      BY MR. SNEED:  Yes.  He works at

13      that mobile home factory.

14                      BY MR. BEMO:  Oh, he does?

15                      BY MR. SNEED:  Or the last I knew

16      of he did.  I don't know if he still does, but

17      he did when I come up here.

18                      BY MR. BEMO:  Okay.  Have you

19      maintained any contact with him?

20                      BY MR. SNEED:  No.  I haven't

21      talked to him in a while either.

22                      BY MR. BEMO:  Okay.  So who were

23      some of your friends up here?

24                      BY MR. SNEED:  The only people I

25      really knew was like -- when the people that

1   popped in and out of the motel I just talked to

2   them for a little while if they were in that

3   motel and then when they moved out I didn't

4   really didn't never hear from them.

5                BY MR. BEMO:   I see.   So you --

6                BY MR. SNEED:   So I didn't really

7   -- the only person I mainly associated with was

8   the manager.

9                BY MR. BEMO:   Okay.   I understand

10  you all were pretty good friends.

11               BY MR. SNEED:   Oh, we got along.

12  We got along pretty good.   I had no problems

13  with him or nothing.

14  ████████████████████████████████████████  37

15  -- ████████████████████████████████████████

16               Do you want to tell us what

17  happened out there, how this all got started

18  and run it down to us?

19               BY MR. SNEED:   Huh-uh.

20               BY MR. BEMO:   You don't want to

21  tell us about it?

22               BY MR. SNEED:   I don't really know

23  what to say about it.

24               BY MR. BEMO:   Well, let me tell

25  you, there's -- there's a lot of people, you

```
1    know, when something like this happens
2    everybody tried to save themselves.
3              BY MR. SNEED:  Uh-huh.
4              BY MR. BEMO:  ███████████████
5    ████████████████████████████████████████
6    you know, █████████████████████   Because
7    then all of a sudden, you know, the cat's out
8    of the bag and everybody knows what's going on.
9              Well, ████████████████████████
10   ████████████████████████████████████████
11   ████████████████████████████████████████
12   ███████████████ and I don't believe ████
13              ████████████████████████████
14   █████████████
15              BY MR. SNEED:  No.  I didn't know
16   that.
17              BY MR. BEMO:  Yeah.  He's under
18   arrest, too.
19              BY MR. SNEED:  Okay.
20              BY MR. BEMO:  █████████████████
21   ██████████████████████████████████████
22   ████████████ I think that there's more to
23   this than just you being by yourself and ██
24   ██████████████████████████████████ this ███
25   █████████████ and what happened ██████
```

LWW 1684

1          BY MR. SNEED:  Well, I think one

2      time when my brother went and turned himself in

3      he had said something, you know, about setting

4      it up some way to where the place looked like

5      it got robbed or something like that.

6          And then -- then he went and, you

7      know, went and turned himself back into Tarrant

8      County for violating his probation and that's

9      all that, you know, I pretty much knew about

10     that.

11         BY MR. BEMO:  Well, now I'm not

12     talking about -- now you're talking about maybe

13     setting up a robbery at the motel and then

14     having Rich give a bad description and split

15     the money?

16         BY MR. SNEED:  Yeah, I guess,

17     something like that.  I really don't know what

18     they --

19         BY MR. BEMO:  Well, Rich told us

20     you came to him with that idea.

21         BY MR. SNEED:  No.  You see, like

22     my brother came to him with like that idea.

23     And then, after my brother went and turned

24     himself in, Rich had told me that Wes had said

25     something like that to him.          LWW 1685

1          BY MR. BEMO:  Was he trying to

2     proposition you with that idea?

3          BY MR. SNEED:  I guess.

4          BY MR. COOK:  Well ▓▓▓▓▓▓▓▓▓ ▓▓▓▓

5     ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓

6     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7          BY MR. BEMO:  He's putting it off

8     on you, Justin.  That's what he told us.

9          BY MR. SNEED:  No.  I don't

10    understand that.

11         BY MR. BEMO:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

13    t▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

14    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

16    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

17         BY MR. SNEED:  (Shakes head)

18         BY MR. COOK:  Okay.  Why don't you

19    straighten this out then.

20         BY MR. BEMO:  Tell us what

21    happened.

22         BY MR. SNEED:  All I know is that,

23    like I said, that he told me that my brother

24    had told him that, you know, came up to him and

25    tried to proposition and things like that which

1     I didn't know -- I didn't even know that my

2     brother was going to go, you know, because my

3     brother didn't even say nothing to me about it.

4     And then, you know, after he turned himself in

5     Rich had said something to me that Wes had said

6     something like that to him, but it didn't

7     really go no further than that.

8               BY MR. BEMO:  Okay.  Fine.  How

9     about the man, the owner of the motel, that's

10    what I want you to tell me about.

11              BY MR. SNEED:  I met him a couple

12    of times, but I never knew when he was at the

13    motel or nothing, but I met him a couple of

14    times when we were trying to fix the TVs, we'd

15    say we had like some problem with the amplifier

16    or something like that that would reduce the

17    power to the lines and that's why -- I mean,

18    and I think we only messed with it like twice

19    and then went and bought a whole brand new

20    system and put it in.  And that was the only

21    time I really ran in to him was when we were

22    trying to fix the TVs.

23              BY MR. BEMO:  █████████████████

24    say█████████████████████████████████     LWW 1687

25              BY MR. SNEED:  ████████

Larry Shalberg & Associates 405/329-2153   800/328-2153

```
1              BY MR. BEMO:  ████████████████
2   ███████████████████ They're putting ████████
3   ███████ ██████████████████████ ██ ██ ██ you.
4              BY MR. COOK:  You know, Justin, I
5   suppose I'm not so sure if I wasn't in your
6   shoes I wouldn't say the same thing you're
7   saying.
8              But we've gone through a lot of
9   trouble, we've gone to a lot of work,
10  investigation.  And what you're saying there
11  doesn't add up with everything else that we
12  have discovered, not only with our technical
13  investigation but also you told some folks some
14  things.  Okay?
15             BY MR. SNEED:  What do you mean?
16             BY MR. COOK:  ████████████████████
17  ███████████████████████████████████
18             BY MR. BEMO:  ████████████████████
19  ██████████████████████████
20             BY MR. COOK:  ███████████████ want ██
21  ███████████████████████████████████████████t
22  ███████████████████████████████████ to hear
23  ████████████████████████████
24  ████████████████████████████████████████████
25  you ██████████████████████████████████████████
```

LWW 1688

1  that and that's what we'll tell the District

2  Attorney's office.  But you need to get

3  straight with us and tell us what's going on

4  here.

5           And this stuff about gee, you

6  know, I replaced a speaker system in a TV and

7  that's the only time I've ever run into him.

8  That ain't going to cut it, man.  It's gone too

9  far for that.

10          BY MR. BEMO:  It's gone way too

11  far.  There's too many other witnesses that

12  have come forward that will testify against

13  you.

14          BY MR. COOK:  Okay.

15          BY MR. BEMO:  And if you don't --

16  if you don't try to get it straightened out

17  with us when you go into court like that --

18          BY MR. COOK:  Okay.  Now we're not

19  -- we're not bad people.  We're not trying to

20  bully you or pressure you, but we're telling

21  you, this is not going to get it.

22          You're going to have to get

23  straight with us, you're going to have to get

24  straight with yourself, and mainly you have to

25  get it straight with the Almighty.  But you

1    need to do that now.  All right?

2                    BY MR. BEMO:  You need to tell us

3    how this all started.

4                    BY MR. COOK:  I mean, buddy, let

5    me tell you, I can certainly understand your

6    predicament.  I don't know how in the world you

7    managed to work just for your room.  I do not

8    understand that.

9                    BY MR. SNEED:  All I basically did

10   was, I was comped out, according to what I was

11   told by Rich I was -- I was being comped out on

12   my room.

13                    BY MR. COOK:  Well, I'm amazed.

14   I'm impressed that you were able to do that,

15   but my gosh, you were probably starving to

16   death.

17                    BY MR. SNEED:  Well, like I told

18   you that every now and then he would buy me

19   some food.

20                    BY MR. COOK:  But still, I mean, I

21   would hate to have to live on that.  I'm

22   feeling sorry for you is what I'm saying here.

23                    BY MR. SNEED:  Yeah.

24                    BY MR. COOK:  I can appreciate the

25   bad situation you're in even to the point of

1   where you're feeling desperate.  I think maybe

2   I would feel desperate in that situation, but I

3   need you to get straight with us now and tell

4   us what's going on, because we've been doing

5   this for a lot of years.

6            And on this particular situation

7   we have worked on it ever since it's happened

8   and ████████████████████████████████  Some

9   stuff I know we know, some stuff we think we

10  know, and we would like for you to straighten

11  us out for sure.

12           And ██████████████████████████

13  ████████████████████████████████████████

14  ████████████████████████████████████████

15  ████████████████████████████████████████

16  ████████████████████████████████████████

17  ███████████████████

18           BY MR. BEMO:  ███████████████

19  ████████████████████

20           BY MR. COOK:  ████████████████████

21  ████████████████████

22           BY MR. SNEED:  ███████████

23           BY MR. COOK:  Well, okay, tell me.

24           BY MR. BEMO:  You need to tell us

25  about it.
                                          LWW 1691

1      BY MR. SNEED: ███████████████████

2   ████████████████████████████████████

3   ████████████████████████████████████

4   ████████████

5              BY MR. COOK:  Right.

6              BY MR. SNEED:  That's what I was

7   told his name was anyway.  And we come and woke

8   me up like at three o'clock in the morning and

9   told me that Barry had just got there.  And

10  that -- he told me that he knew where the money

11  was and that he was sitting on like $7,000.

12  And so we went into the room.

13             BY MR. BEMO:  Did you use a key to

14  get in?

15             BY MR. SNEED:  Yes, sir.

16             BY MR. BEMO:  Okay.

17             BY MR. COOK:  Was it a situation

18  where you both go into the room or is it just

19  you going into the room?

20             BY MR. SNEED:  I just went in

21  (inaudible) with a set of keys.

22             BY MR. BEMO:  How you were going

23  in --

24             BY MR. SNEED:  Barry had a set of

25  keys.                               LWW 1692

Larry Shalberg & Associates 405/329-2153   800/328-2153

1        BY MR. BEMO:  With a set of keys?

2        BY MR. SNEED:  Yeah.

3        BY MR. BEMO:  Okay.  Did Rich give

4    you the key to the room?

5        BY MR. SNEED:  No.  ███████████████

6    ███████████ that I walked around with because

7    if I did like open the laundry and I had a

8    master key to most of the rooms in the motel

9    except back there was eight or nine odd ball

10   doorknobs which I would have to go to the

11   office and get a key for if I was to get in

12   those rooms.

13       BY MR. BEMO:  Okay.  Continue.  Go

14   ahead.

15       BY MR. SNEED:  Anyway, Barry was

16   like there that night and he called me and told

17   me that Barry was here, you know, and that to

18   be in my room if anybody called for complaints

19   like for extra towels or if their heater didn't

20   work or if they needed their TV adjusted or

21   something like that because he calls me when

22   he's not usually there telling me to be in the

23   room and he was going to call me and use the

24   phone and I came in there so if he needs to

25   find me right there, so...                LWW 1693

1      BY MR. BEMO:  Especially if the

2   owner is there, sure.

3      BY MR. SNEED:  Yeah.  So I came to

4   take care of it right quick and everything

5   and...

6      BY MR. COOK:  About what time was

7   this when he told you that?

8      BY MR. SNEED:  It was kind of --

9   about four or five o'clock in the afternoon.

10     BY MR. COOK:  Okay.  So it's still

11  -- still early evening, okay?

12     BY MR. SNEED:  And then he called

13  me back and told me that Barry was going like

14  to Tulsa which, you know, like another motel in

15  Tulsa or something like that. ▓▓▓▓▓▓▓▓▓▓▓

16  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

17  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

18  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

19  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

20  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

21  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

22     BY MR. COOK:  Now, I'm sorry, tell

23  me that part again.  He wanted you to go in and

24  get his car keys because -- because what?

25     BY MR. SNEED:  Because I guess the

1    money was --

2                    BY MR. COOK:  Was in the car?

3                    BY MR. SNEED:  Right.  Yeah.

4                    BY MR. COOK:  Where did Berry keep

5    his car?

6                    BY MR. SNEED:  Right there in

7    front of the door.

8                    BY MR. COOK:  Right there under

9    the awning, right by the office door?

10                   BY MR. SNEED:  And after

11   everything kind of got out of control we

12   transported the car over to the back parking

13   lot.

14                   BY MR. BEMO:  Well, now wait a

15   minute.  I want you to go ahead and detail

16   about after you -- you go in, you go into the

17   room.  Go back to that and tell us what

18   happens.

19                   BY MR. SNEED:  After he woke up?

20                   BY MR. COOK:  Go ahead.  He was in

21   bed asleep?

22                   BY MR. SNEED:  Yeah.

23                   BY MR. COOK:  Okay.

24                   BY MR. SNEED:  And then I just

25   really meant just to knock him out, you know.

1     BY MR. BEMO:  What did he say to

2  you?

3     BY MR. SNEED:  He just kind of

4  jumped out of his bed, you know.  He really

5  didn't never -- never say anything.

6     BY MR. COOK:  Was there a light on

7  inside or was it dark?

8     BY MR. SNEED:  No, no.  It was

9  dark.

10     BY MR. COOK:  Could you see well

11  enough?

12     BY MR. SNEED:  Yeah, from like the

13  outside light that was shining through the

14  blinds.

15     BY MR. COOK:  So the blinds were

16  open and there was some -- some outside light

17  coming through?

18     BY MR. SNEED:  The blinds in that

19  room are kind of like warped.  I don't know how

20  they got warped but they were kind of -- a few

21  of them were bent out of shape.

22     BY MR. BEMO:  Sure.  The light

23  could get through there?

24     BY MR. COOK:  So there was enough

25  light coming through where you could see what

1   was going on and he was in bed when you went

2   in?

3               BY MR. SNEED:   (Nods head)

4               BY MR. COOK:   Okay.

5               BY MR. BEMO:   So he jumps up and

6   then what happens?

7               BY MR. COOK:   You said you meant

8   to knock him out.   Did you hit him with

9   something?

10              BY MR. SNEED:   Yes.

11              BY MR. COOK:   What?

12              BY MR. SNEED:   A baseball bat.

13              BY MR. COOK:   Really.   And where

14  did you get this bat?

15              BY MR. SNEED:   I found it in a

16  room when I was cleaning some rooms.   It was

17  like we had this big fat black dude working for

18  us at one time when I first started working

19  there.   He was already working there and when

20  he quit and moved out when I cleaned his room

21  and everything I found it.

22              BY MR. COOK:   Where is this bat

23  now, man?

24              BY MR. SNEED:   I put it in the

25  dumpster.                         LWW 1697

Larry Shalberg & Associates 405/329-2153   800/328-2153

1          BY MR. COOK:   In the dumpster?

2          BY MR. SNEED:   Yeah.

3          BY MR. COOK:   Okay.   And so anyway

4     how many times would you estimate, you know,

5     now correct me if I'm wrong here, is Barry kind

6     of stout?   I mean, he's -- he's an older man

7     but he's kind of stout; is he not?

8          BY MR. SNEED:   I would -- I would

9     say he's pretty stout.

10         BY MR. COOK:   When -- when you

11    tried to knock him out did that take some of

12    the stoutness out of him?   Do you understand

13    what I'm saying?

14         BY MR. SNEED:   I just only like

15    hit him two or three times.   I figured I would

16    just knock him out.

17         BY MR. COOK:   Sure.   Did it work?

18         BY MR. SNEED:   Yes.

19         BY MR. BEMO:   Did he hit you in

20    the eye?

21         BY MR. SNEED:   Something

22    collisioned me in the eye.   I don't know what

23    it was but...

24         BY MR. COOK:   So...            LWW 1698

25         BY MR. SNEED:   I don't know what

1    it was, if it was like his elbow or --

2              BY MR. BEMO:  Well, there must

3    have been some kind of struggle because the

4    window got broke out.

5              BY MR. SNEED:  Oh, that's because

6    I hit it with the baseball bat.  The baseball

7    bat tagged it.

8              BY MR. BEMO:  Well, there's blood

9    on the window, though.

10             BY MR. SNEED:  I don't know where

11    that came from.

12             BY MR. BEMO:  How did you cut your

13    ear?

14             BY MR. SNEED:  I don't know how

15    that little scratch got there.  I really don't.

16             BY MR. COOK:  Don't you think it

17    came from this encounter that you had?

18             BY MR. SNEED:  Yes, possibly.

19             BY MR. COOK:  Well, did Barry put

20    up a fight, Justin?

21             BY MR. SNEED:  Yeah.  He danced

22    around a little bit and then I kind of knocked

23    him to where he was down on the floor and then

24    I tapped him a couple more times and when he

25    quit moving I kind of left him alone because I

33

1   figured he was knocked out.

2           BY MR. COOK:  Then what, did you

3   get the keys?

4           BY MR. SNEED:  Yes.

5           BY MR. COOK:  Okay.  Where were

6   they?

7           BY MR. SNEED:  They were in his

8   pants pockets.

9           BY MR. COOK:  Now when you say

10  keys are we talking just a key, several keys?

11          BY MR. SNEED:  It was like a set

12  of keys.  I couldn't tell you how many keys.

13  It was probably 25 keys on there.

14          BY MR. BEMO:  Were they on -- were

15  they on just like a key ring?

16          BY MR. SNEED:  I think it was --

17  some of them were on a bigger key ring and then

18  there was two or three of them on a smaller key

19  ring.

20          BY MR. BEMO:  Was there something

21  holding them together?

22          BY MR. SNEED:  The were locked,

23  the key rings were like interlocked,

24  interlocked.                        LWW 1700

25          BY MR. COOK:  Oh, like -- like

Larry Shalberg & Associates 405/329-2153  800/328-2153

1      this?

2                    BY MR. SNEED:  Yes.

3                    BY MR. BEMO:  Oh, okay.  What

4      about his car keys?

5                    BY MR. SNEED:  They were on there.

6                    BY MR. COOK:  I see.  Anything

7      unusual about the car keys?  Were they on one

8      of the rings or were they on --

9                    BY MR. SNEED:  Yes.  They were on

10     one of the rings.

11                   BY MR. BEMO:  What was the idea of

12     taking the car where you took it?

13                   BY MR. SNEED:  That's after we

14     found out that he wasn't going to get back up.

15                   BY MR. BEMO:  That what?

16                   BY MR. SNEED:  That was after we

17     found out that he wasn't going to get back up.

18                   BY MR. BEMO:  Okay.  Well, tell us

19     about all that.  You knock -- you think you've

20     knocked him out, right?

21                   BY MR. SNEED:  Yeah.

22                   BY MR. BEMO:  Okay.

23                   BY MR. SNEED:  Then we got the

24     money out of the car and we went back --

25                   BY MR. COOK:  Well, wait, wait,

1   wait.  Let's back up just a little bit.  I'm

2   sorry to stop you, but I want to make sure I

3   understand.

4        Let's go back to the point where

5   he's laying there on the floor, you said you

6   tapped him two or three more times, you get the

7   keys, where were they?  Were they in his pants

8   pocket?  Were they laying there?

9        BY MR. SNEED:  They were like on

10   the -- on the little couch deal that was in the

11   room.

12        BY MR. COOK:  Just laying there on

13   the couch deal?

14        BY MR. SNEED:  Yes, his pants

15   were.  And then I just kind of felt in his

16   pants and felt the keys, then --

17        BY MR. COOK:  I see.  You get the

18   keys out, then what?

19        BY MR. SNEED:  ████████████████d

20   ████████████████████████████████████

21   ████████████████████████████████

22        BY MR. COOK:  Did you shut the

23   door to the motel room?

24        BY MR. SNEED:  Yes.        LWW 1702

25        BY MR. COOK:  And what room is

1      this?

2                     BY MR. SNEED:  I think it was 102.

3                     BY MR. COOK:  Okay.  So you shut

4      the door behind you?

5                     BY MR. SNEED:  Yes.

6                     BY MR. COOK:  You go back to the

7      office?

8                     BY MR. SNEED:  Yes.

9                     BY MR. COOK:  Do you have any idea

10     what time it was now, man?

11                    BY MR. SNEED:  I don't know.  It

12     was like three o'clock when Rich woke me up and

13     told me that he was back.

14                    BY MR. COOK:  So it's after three?

15                    BY MR. SNEED:  Yes.

16                    BY MR. COOK:  If you were guessing

17     you would say?

18                    BY MR. SNEED:  It would probably

19     be like 4:30 or 5 o'clock at the most.

20                    BY MR. COOK:  Okay.  So at 4:30 or

21     5:00 you go back to the office and Rich is

22     still -- is it office unlocked?

23                    BY MR. SNEED:  Well, no.  He made

24     me lock it and I just rang the buzzer and he

25     come up there.  And then we went and got the

1    money out of the car and went and took it back

2    to my room so that I guess like his girlfriend

3    wouldn't know nothing or nothing like that and

4    we split the money.

5              BY MR. BEMO:  How much money did

6    you get?

7              BY MR. SNEED:  Like about $1900.

8    I mean, he told me that the guy was sitting on

9    like 7,000 but it only come up to being a

10   little less than five, I think.

11             BY MR. BEMO:  5,000?

12             BY MR. SNEED:  No.  ███████████████

13   ████████████████████████████

14             BY MR. BEMO:  Right at 4,000.  So

15   did you count the money there to see how much

16   was in the -- that he had there and then split

17   it up equally?

18             BY MR. SNEED:  No.  We just kind

19   of tossed like -- like a -- like a grand here

20   and then we tossed a grand there and then we

21   just kind of divided it like into two piles and

22   never really counted it.

23             BY MR. BEMO:  ████████████████████

24   ████████████████████            LWW 1704

25             BY MR. SNEED:  Yes.

1                 BY MR. BEMO:  How much money of

2     that -- how much of that money do you have

3     left?

4                 BY MR. SNEED:  Like 1700.

5                 BY MR. BEMO:  Where is it at?

6                 BY MR. SNEED:  It's at the

7     apartment that I was at.

8                 BY MR. BEMO:  Is it back still up

9     in the apartment?

10               BY MR. SNEED:  No.  It's at the

11    apartment I was recently at.

12               BY MR. BEMO:  Oh, just recently

13    at?

14               BY MR. COOK:  You mean you felt

15    safe to leave it there?

16               BY MR. SNEED:  No.  I just left it

17    there when my boss showed up and told me to

18    come up here.

19               BY MR. BEMO:  Oh.  Okay, now --

20               BY MR. COOK:  Excuse me just a

21    minute before you ask anything else.  This

22    money, is it with somebody or --

23               BY MR. SNEED:  No.

24               BY MR. BEMO:  That's what I was

25    going to ask.            LWW 1705

1          BY MR. SNEED:  No.  It's in a

2     drawer that -- that has some -- like a couple

3     of old pairs of my socks and a couple --

4          BY MR. COOK:  Which apartments are

5     you staying at?

6          BY MR. SNEED:  Oh, it's like, I

7     don't know the name of the complex but like

8     Buffalo is right here and then you got 23rd and

9     then Council is right here and there's like a

10    Quick Shop right here and like a mini-mart over

11    here and mini-mart right there and then there's

12    a little road that goes back and there's a

13    complex right there.

14          BY MR. COOK:  Okay.

15          BY MR. SNEED:  And it's like

16    around back.  And when you come to the back --

17    the end of the driveway you like hit the

18    stoppers.

19          BY MR. COOK:  Is this an

20    apartment?

21          BY MR. SNEED:  Yes.  It's a whole

22    apartment complex.

23          BY MR. COOK:  What's the name of

24    it?

25          BY MR. SNEED:  I don't know the

1    name of the complex.

2                    BY MR. COOK:  How in the world did

3    you find it?  Is there somebody sharing that

4    apartment with you?

5                    BY MR. SNEED:  Yes.  Some of the

6    other roofing crew is staying there.

7                    BY MR. COOK:  But you feel pretty

8    -- pretty sure that your money is safe there?

9                    BY MR. SNEED:  Yes.

10                   BY MR. COOK:  Okay.  Do you have

11   -- you say it's -- did I understand you to say

12   is there a sock or in some socks there?

13                   BY MR. SNEED:  Well, it's in like

14   one of those round Crown Royal bags.

15                   BY MR. COOK:  Yeah.

16                   BY MR. SNEED:  But I have like

17   some socks and some underwear.

18                   BY MR. COOK:  Kind of on top of it

19   to cover it?

20                   BY MR. SNEED:  Yeah.  It's like in

21   a drawer.

22                   BY MR. COOK:  Do you have -- is

23   that drawer yours?

24                   BY MR. SNEED: · Yes.  They told me

25   that I could use those drawers for my clothes

1    and everything.

2              BY MR. COOK:  Cool.  Cool.

3              BY MR. SNEED:  And I kind of

4    didn't grab all of my socks and underwear.

5    They told me to bring some of my clothes up

6    here.

7              BY MR. COOK:  Okay.  Now let me

8    ask you, let me go back just a little bit here.

9    Okay?

10             Now you mentioned that you went up

11   to the office and you took the keys up there.

12   Now then, when you got to the office you rang

13   the bell and you rang the bell as opposed to

14   knocking on the door?

15             BY MR. SNEED:  Yes.  There's a

16   little door bell there.

17             BY MR. COOK:  And where is this

18   doorbell?  Is it over on the -- on the east

19   side, west side?  Is it on the side over by

20   where Council Road is or on the other end?

21             BY MR. SNEED:  Well, the office

22   door faces the -- the Council Road.

23             BY MR. COOK:  Uh-huh.

24             BY MR. SNEED:  And the doors are

25   back here.  And then like on the side of the

1    brick and everything there's a little buzzer.

2                    BY MR. COOK:  So you just hit the

3    buzzer?

4                    BY MR. SNEED:  And then he come

5    and answered the door.  He presumed it was me

6    seeing how he woke me up just a few minutes

7    or...

8                    BY MR. COOK:  So he's kind of

9    waiting on you?

10                   BY MR. SNEED:  Yeah.

11                   BY MR. COOK:  And so did he let

12   you in or did he come outside?

13                   BY MR. SNEED:  No.  He came and

14   unlocked the door and then told me that he

15   would meet me over there at my motel room and

16   then I went up to my -- my room and then --

17                   BY MR. COOK:  Which is room number

18   what?

19                   BY MR. SNEED:  117.

20                   BY MR. COOK:  Okay.  So you went

21   around there to your room?

22                   BY MR. SNEED:  Yeah.

23                   BY MR. COOK:  And then he met you

24   there?

25                   BY MR. SNEED:  Yes.        LWW 1709

1          BY MR. COOK:  Okay.  And --

2          BY MR. SNEED:  Then we got the

3    money and split it.

4          BY MR. COOK:  Wait.  You're going

5    a little fast for me.  You haven't looked in

6    the car yet, right?

7          BY MR. SNEED:  Right.

8          BY MR. COOK:  Okay.  So you're up

9    in your room with him?  You two guys then

10   decide to go down and look through his car?

11         BY MR. SNEED:  No.  He knew where

12   the money was.

13         BY MR. COOK:  Okay.  So did you

14   just give him the key?

15         BY MR. SNEED:  No.  I went and got

16   the money.

17         BY MR. COOK:  Oh, you went and got

18   the money?

19         BY MR. SNEED:  Yes.

20         BY MR. COOK:  Where was it

21   exactly?

22         BY MR. SNEED:  It was under the

23   car seat.

24         BY MR. COOK:  Under the car seat?

25   And it was in what?                    LWW 1710

1      BY MR. SNEED:  Like a brown

2    envelope, just a regular envelope but it was

3    brown.

4      BY MR. COOK:  I see.  Just one

5    envelope?

6      BY MR. SNEED:  Yes.

7      BY MR. COOK:  And all that money

8    was in just one envelope?

9      BY MR. SNEED:  Yes.

10      BY MR. COOK:  You got the money?

11      BY MR. SNEED:  Yes.

12      BY MR. COOK:  Did you take -- and

13    where was he when you got the money?

14      BY MR. SNEED:  Well, he walked

15    around there with me but I unlocked the door

16    and everything and Rich's in there.

17      BY MR. COOK:  I see.  And then

18    what?  Did you guys go back up to the motel

19    room?

20      BY MR. SNEED:  We went back to my

21    room and then we went and checked on Barry and

22    then I transported the car.

23      BY MR. COOK:  Okay.  Now wait,

24    wait.  After you get the money you go back up

25    to 117, correct?  You split the money up when

1    you're up in 117 right then?

2                    BY MR. SNEED:   (Nods head)

3                    BY MR. COOK:   Okay.   And then the

4    two of you go back downstairs and you say to

5    check on Barry?

6                    BY MR. SNEED: ██████████████████d

7    ████████████████████████████████████████████

8    ██████████████

9                    BY MR. COOK:   Did both of you or

10   just you or just him or were you both together?

11                   BY MR. SNEED:   Yes.

12                   BY MR. COOK:   What about the

13   broken glass from the window?   I'm sure there

14   was some laying out on the sidewalk, wasn't

15   there?

16                   BY MR. SNEED:   Yeah.   I picked it

17   up real quick.

18                   BY MR. COOK:   And what did you do

19   with it?

20                   BY MR. SNEED:   That's when we

21   pretty much found out that he wasn't going to

22   move again.   I just kind of chunked it inside

23   the doorway and then we had me go pick up a

24   piece of -- piece of Plexiglas to put over the

25   window there.                       LWW 1712

1          BY MR. COOK:   What about Barry?

2          BY MR. SNEED:   We just kind of let

3    him alone.

4          BY MR. COOK:   Well, did you do

5    anything to Barry?

6          BY MR. SNEED:   ████████████████

7    ████ ██ ██ ████ ████ ███ ███████████████

8    █████████

9          BY MR. COOK:   Rich asked you to

10   kill Barry?

11         BY MR. SNEED:   ████████████████

12   ██████████████████████████████████████████

13         BY MR. COOK:   And in exchange for

14   doing this?

15         BY MR. SNEED:   ████████████████

16   ████████████████████

17         BY MR. COOK:   You get all of it or

18   you just split it?

19         BY MR. SNEED:   ████████████████

20   ███████████████████████████████████████████

21   ███████████████████████████████████████████

22   ███████████████████████████████████████████

23   ███████████████████████████████████████████

24   ███████████████████████████████████████████

25         BY MR. COOK:   So in addition.

1    over --

2                    BY MR. COOK:  We did, both of you

3    did or is it just you -- or not that it makes

4    any difference.

5                    BY MR. SNEED:  I know I grabbed

6    them and kind of tossed them over his body a

7    little bit.

8                    BY MR. COOK:  Why did you do that?

9    What was the idea?

10                   BY MR. SNEED:  Just to cover him

11   up a little bit.

12                   BY MR. COOK:  Okay.  Is that -- is

13   that right after you picked up the broken glass

14   and put it in there?

15                   BY MR. SNEED:  I can't recall if

16   it was after or before or during.

17                   BY MR. COOK:  But was it during

18   that same visit that you covered him up and put

19   the glass in there?

20                   BY MR. SNEED:  Yes.

21                   BY MR. COOK:  Okay.  Was there

22   anything else you did?

23                   BY MR. SNEED:  Moved the car to

24   the back parking lot.

25                   BY MR. COOK:  Okay.  Now then --

52

1              BY MR. SNEED:  And we siliconed it

2       around the -- the other window.

3              BY MR. COOK:  You say we, you and

4       Rich both did?

5              BY MR. SNEED:  Yes.

6              BY MR. COOK:  Okay.  What else did

7       you do?

8              BY MR. SNEED:  Before we even did

9       that we taped a shower curtain up over the

10      inside of the window while we was there, yeah.

11             BY MR. COOK:  Both of you or just

12      you, just him?

13             BY MR. SNEED:  Yes.  We both taped

14      it up there.

15             BY MR. COOK:  Let me ask you, how

16      were you dressed that particular night or early

17      that morning?

18             BY MR. SNEED:  Just a pair of

19      jeans and a shirt.

20             BY MR. COOK:  Where -- where is

21      that shirt and that pair of jeans?

22             BY MR. SNEED:  In the laundry room

23      on the top shelf because I didn't -- I still

24      had them in my room when the cops found Barry's

25      car sitting in the back parking lot.

1          BY MR. COOK:  Uh-huh.

2          BY MR. SNEED:  And I walked them

3   to the laundry room and stuck them up on the

4   top shelf underneath like some old curtains and

5   stuff so that they think it's all curtains that

6   are up there.

7          BY MR. COOK:  Help me out just a

8   little bit here.  This is the laundry room.

9   Here I think is the door.  Don't you come in

10  like right here?  Over here is maybe the washer

11  and dryer?

12         BY MR. SNEED:  Okay.  Here's the

13  double doors and you come in and right there

14  are two like home washers sitting right here.

15         BY MR. COOK:  Uh-huh.

16         BY MR. SNEED:  And then there is

17  like a third cycle washer there and this is the

18  front door.

19         BY MR. COOK:  Uh-huh.

20         BY MR. SNEED:  And there's just

21  another little doorway, you got two dryers

22  sitting here with a table in the front.

23         BY MR. COOK:  Uh-huh.

24         BY MR. SNEED:  And there's this

25  other little doorway which opens up to a room

1    that has just get a shelf in here and a shelf

2    in here and a shelf in here.  That's got like

3    1, 2, 3, 4 -- like 4 or 5 shelves, but

4    anyway...

5                    BY MR. COOK:  Where are the

6    shelves?  On this wall?

7                    BY MR. SNEED:  Yes.  There are

8    shelves on all the walls.  They're just all

9    built around.

10                   BY MR. COOK:  Uh-huh.

11                   BY MR. SNEED:  And as you walk in

12   the door on the left side there's a bunch of

13   curtains on the top shelf and I kind of had --

14                   BY MR. COOK:  The top shelf on

15   this wall?

16                   BY MR. SNEED:  Yeah.  I kind of

17   had them in like a canister that had a bunch of

18   popcorn and had like a spacer like popcorn and

19   like different flavored popcorn.  It's like all

20   different flavored popcorn.  They had caramel

21   corn and some other type of popcorn.  I don't

22   remember.

23                   BY MR. COOK:  You mean they are

24   just empty canisters?

25                   BY MR. SNEED:  Yes.         LWW 1721

1       BY MR. COOK:  And that's what you

2   put your clothes down in?

3       BY MR. SNEED:  Yes.  A big empty

4   canister like a (inaudible) canister and I had

5   all the things down here and I threw them and a

6   pair of shoes that I had underneath all those

7   curtains.

8       BY MR. COOK:  So they're all still

9   there?

10       BY MR. SNEED:  Yes.  They all

11   should be still there.

12       BY MR. COOK:  Okay.

13       BY MR. SNEED:  That's where I put

14   them and I left them on top.

15       BY MR. COOK:  Were you wearing a

16   hat?

17       BY MR. SNEED:  No.

18       BY MR. COOK:  What about your

19   coat?

20       BY MR. SNEED:  I wasn't wearing a

21   coat.

22       BY MR. COOK:  What kind of a shirt

23   was it?

24       BY MR. SNEED:  I think I had two

25   shirts on.  I think I had a long-sleeved shirt

1    which was black and then I think I had a --

2    well, it was a black T-shirt until I bleached

3    it and it was kind of like a tanish beige.  I

4    bleached it.

5             BY MR. COOK:  And then your jeans

6    and your shoes?  And they are all in those

7    empty canisters?

8             BY MR. SNEED:  It should all be in

9    that one canister.  It's like a gallon

10   canister, a five gallon or something like that,

11   two and a half gallon.

12            BY MR. COOK:  And you put them

13   there when the cops discovered Barry's car over

14   at the credit union?

15            BY MR. SNEED:  Yeah.  I put them

16   there while they were all over there.  I walked

17   and threw them in the laundry room -- under the

18   laundry room and I shoved them up in there and

19   left the motel.

20            BY MR. COOK:  I see.  You know,

21   you had two or three people hit you up, ask you

22   if you had been in a fight or what you done to

23   your eye.

24            BY MR. SNEED:  Yeah.  I told them

25   I hit my soap dish while I was talking a

1    shower.

2              BY MR. COOK:  Who all -- who all

3    hit you up?

4              BY MR. SNEED:  I know Deanna did.

5    Billye, I don't -- I don't think she ever asked

6    me about it.  And I know the two maids that --

7    the black couple that was working for their

8    room also, which I don't think Barry knew that

9    they were working there also.

10             BY MR. COOK:  What about Kayla, do

11   you remember her asking you?

12             BY MR. SNEED:  She might have

13   asked me.  I know who you're talking about.

14             BY MR. COOK:  Okay.

15             BY MR. SNEED:  But that's the

16   story me and Rich conjured up to tell them

17   about my black eye.

18             BY MR. COOK:  So when is it you

19   cut out then?

20             BY MR. SNEED:  When I left the

21   motel?

22             BY MR. COOK:  Yes.

23             BY MR. SNEED:  When the cops were

24   over there messing with the car I guess 2:00 or

25   3:00 that afternoon, that next day.

1          BY MR. COOK:  Is that when you

2     left?

3          BY MR. SNEED:  Yes.

4          BY MR. COOK:  What did you do?

5     Did you just take out on foot?

6          BY MR. SNEED:  Yes.  And then I

7     went right down Reno.  Between Reno and

8     Rockwell there's a stop sign that turns into

9     that company where the bridge is at, there's

10    like a bridge there.  I kind of stashed under

11    that bridge until dark.

12          And then I didn't really expect

13    them roofers to still be in town when I was

14    crossing -- I was in there using the pay phone.

15    And when I got to Rockwell I seen that somebody

16    was on that pay phone, so when I was crossing

17    over that bridge I saw some of the workers that

18    I used to work with that was like the boss'

19    son-in-law.  And I seen them cross over the

20    bridge so I went ahead and walked down to that

21    trailer park and I asked them if they still

22    were looking for a hand because that one boss

23    had been by like a couple of weeks before

24    Christmas telling me they might be back, that

25    he was going to go to California and everything

1    and get some work built up, but if they had

2    enough work to stay in Oklahoma City that they

3    would still be working there.  And I didn't

4    really figure that they would be there and so I

5    went back to work with them.

6                   BY MR. COOK:  One other thing I

7    need to ask you that I didn't.

8                   Now you were wearing those two

9    shirts, a long-sleeved one and a bleached out

10   black one that was kind of beige looking and

11   your blue jeans.  Were you wearing a belt?

12                  BY MR. SNEED:  Yes.

13                  BY MR. COOK:  When you were in

14   that scuffle did it get broken?

15                  BY MR. SNEED:  Yeah.  I think the

16   little clasp came off of it.

17                  BY MR. COOK:  The little metal

18   clasp?

19                  BY MR. SNEED:  It wasn't on there

20   real good.

21                  BY MR. COOK:  Is that belt, is it

22   with your clothes?

23                  BY MR. SNEED:  No.  I think I

24   chunked it in the trash with the baseball bat.

25                  BY MR. COOK:  How come you chunked

1    it?  How come you didn't just chunk all of the

2    clothes?

3              BY MR. SNEED:  Well, I had planned

4    on doing that, but I don't know why I didn't.

5              BY MR. COOK:  But the belt you

6    threw away along with the baseball bat?

7              BY MR. SNEED:  Yes.

8              BY MR. COOK:  Well, let me ask you

9    this.  I found kind of a pocketknife in that

10   room.  Is that yours?

11             BY MR. SNEED:  Yeah.  I found it

12   in a -- in a room, one room that I had been

13   cleaning before.  And I usually carried it

14   around because he didn't have the -- he lost

15   his master key to like 107 and I would use it

16   to pop the lock on 107.

17             We'd have to get in and clean it

18   because we only had like one key and usually

19   the people he rented that room to would like

20   leave the key in the room and I had to have

21   some way of getting into that room.  So I would

22   just kind of stick it in there and the door

23   didn't really shut good on 107 so it was really

24   easy to pop.

25             BY MR. COOK:  Well --

LWW 1727

1      BY MR. SNEED:  He told me to do

2  that until he could get another -- another lock

3  for it.

4      BY MR. COOK:  When you -- when you

5  and Barry were struggling, okay, I was in that

6  room for quite a while.  Okay?  They teach me

7  to be able to look at certain things like maybe

8  a little bit of blood on the wall and it kind

9  of tells me a story of what happened in that

10  room.

11      And I spent so much time in there

12  that quite frankly, Justin, there was a hell of

13  a fight in there.  That's the way I look at it.

14  I mean, that's what I'm thinking.

15      Is that what you -- would you

16  agree with that?

17      BY MR. SNEED:  Well, we struggled

18  for a little bit but there wasn't that much of

19  a fight.

20      BY MR. COOK:  Did you end up

21  stabbing him once with that knife?

22      BY MR. SNEED:  Huh-uh.

23      BY MR. COOK:  Do you remember

24  losing the knife?  Did you have it out?

25      BY MR. SNEED:  I recall dropping

1    it after I left the room because I knew I

2    didn't have it on me no more.

3                    BY MR. COOK:  Okay.  Was -- was he

4    moving around or making any kind of noise at

5    all when you left?

6                    BY MR. SNEED:  Huh-uh.

7                    BY MR. COOK:  And you don't

8    remember how you cut your eye?

9                    BY MR. SNEED:  No.

10                   BY MR. COOK:  Or blacked it?

11                   BY MR. SNEED:  I don't remember

12   how that happened.

13                   BY MR. COOK:  Take off your hat.

14   It kind of shades you, let me see it.  That's

15   okay.  You don't need to bend over.  Just --

16   you've got a few little nicks and cuts on your

17   face here, too, don't you?

18                   BY MR. SNEED:  Yeah.

19                   BY MR. COOK:  And you got a little

20   nick on your ear.  Let me see the other side.

21                   BY MR. SNEED:  (Complies)

22                   BY MR. COOK:  Well, you were in a

23   little bit of a fight there, weren't you?

24                   BY MR. SNEED:  Yes, a little bit

25   of a struggle.                        LWW 1729

1          BY MR. COOK:  But you have thrown

2     the ball bat away?

3          BY MR. SNEED:  Yes.

4          BY MR. COOK:  You're absolutely

5     sure you threw it away?

6          BY MR. SNEED:  Yes.  I put it in

7     the dumpster.

8          BY MR. COOK:  Which dumpster?

9          BY MR. SNEED:  That dumpster, the

10    dumpster right there the next day or that

11    following Wednesday.  I think it was Tuesday

12    morning, I guess.

13          BY MR. BEMO:  When all this

14    happened?

15          BY MR. SNEED:  It was like three

16    o'clock in the morning when he woke me up, so

17    it would be Tuesday morning.  Then that Tuesday

18    I put it in the dumpster and it would have left

19    out that Wednesday morning like nine o'clock.

20          BY MR. COOK:  Was the dumpster

21    right there at the motel?

22          BY MR. SNEED:  Yes.  It was right

23    there at the motel.

24          BY MR. COOK:  The motel dumpster?

25          BY MR. SNEED:  Yeah.       LWW 1730

64

1      BY MR. COOK:  Do you have any --

2  do you mind signing a search waiver so that we

3  can go get -- get that money?

4      BY MR. SNEED:  No.  I don't know

5  how they would look at it, but yeah.

6      BY MR. COOK:  How who would look

7  at it?

8      BY MR. SNEED:  The people who live

9  there.

10      BY MR. COOK:  Well, we'll talk to

11  them and explain the situation.  Okay?

12      What about -- what about your

13  motel room, would you sign a search waiver to

14  let us look in there?

15      BY MR. SNEED:  Yeah.  There ain't

16  nothing in there, but yeah.

17      BY MR. COOK:  Okay.  Is there

18  anything else --

19      BY MR. SNEED:  No belongings in

20  there.

21      BY MR. COOK:  Is there anything

22  else about this deal that you need to tell me

23  about?  Have you been -- have you been truthful

24  with me about it?

25      BY MR. SNEED:  Yeah, pretty much.

Larry Shalberg & Associates 405/329-2153        LWW 1731

1          BY MR. COOK:  Pretty much?

2          BY MR. SNEED:  Well, all that I

3   can think of.

4          BY MR. COOK:  Was Rick Page

5   involved in this in any way?

6          BY MR. SNEED:  Is he the guy that

7   drove the motorcycle?

8          BY MR. COOK:  Uh-huh.

9          BY MR. SNEED:  No.

10          BY MR. COOK:  The one who kept his

11   dog?

12          BY MR. SNEED:  Yeah.  There wasn't

13   nobody else involved.

14          BY MR. COOK:  Nobody else

15   involved?

16          BY MR. SNEED:  He just stayed

17   there -- he stayed there for like two or three

18   weeks in the motel and then they checked out,

19   him and his wife, and they just like his two

20   kids.

21          And one day he showed back up

22   there at the motel and he conned Rich into

23   giving him a room for free that night.  And

24   before he left he kind of conned me into

25   watching his dog.                    LWW 1732

1          But he told me he was going to be

2     for like maybe two days because all he had was

3     his motorcycle and he said he would be back in

4     his vehicle to get his dog.  And it took me

5     like a week to finally get him to come get his

6     dog.

7          Because he called me and told me

8     that this was the number that he was at and

9     that he'd be by in a day or so to get his dog.

10    And I waited for like a week and then called

11    him back and he came by like twice while I had

12    his dog.

13          And after he brought some dog food

14    over and all that I kind of figured he was

15    trying to just pawn his dog off to me so I

16    called him and told him to come and get it or I

17    was going to turn it loose.

18          BY MR. COOK:  Okay.  I will be

19    back in just a minute.  Okay?

20          (Bemo and Cook leave the room

21          and then return)

22          BY MR. COOK:  Justin, would you

23    like a cup of coffee?

24          BY MR. SNEED:  Yes, sir.  Thank

25    you.                              LWW 1733

1        BY MR. COOK:  Do you drink it

2    black?

3        BY MR. SNEED:  Yeah.  That would

4    be fine.

5        BY MR. COOK:  Okay.  I'm going to

6    go get you one.  Okay?

7        BY MR. SNEED:  Okay.

8        BY MR. BEMO:  Let me get you to

9    stand up here.  Let me get you to take your

10   ball cap off and your coat.  Kind of look,

11   yeah, just like that.

12              (Bemo is taking Polaroid

13               photographs of Sneed)

14       BY MR. BEMO:  Let's see your

15   hands.

16       BY MR. SNEED:  Like this?

17       BY MR. BEMO:  Yes.

18       BY MR. SNEED:  Those are like just

19   roofing marks.

20       BY MR. BEMO:  Yes.  Can you turn

21   that just a little there.  No, that one.  This

22   one, yeah, there you go.

23              (Bemo is taking Polaroid

24               photographs of Sneed).

25       BY MR. BEMO:  Do you have any

1    marks on your arms?

2                  BY MR. SNEED:  No.

3                  BY MR. BEMO:  How about on your

4    body?

5                  BY MR. SNEED:  Well, I got some

6    tattoos, but I ain't got no marks, (inaudible).

7                  BY MR. BEMO:  Turn around and let

8    me see your back there.

9                  BY MR. SNEED:  (Inaudible)

10                 (Bemo is taking Polaroid

11                  photographs of Sneed)

12                 BY MR. BEMO:  I don't need a

13    picture of that.

14                 BY MR. SNEED:  (Inaudible).  The

15    other two I got are two crosses like that.

16                 BY MR. BEMO:  Okay.  Tell me

17    something I'm just curious about, how come you

18    would hide your clothes up there in the laundry

19    room and then throw the bat away with the belt?

20    Why would you do that?

21                 BY MR. SNEED:  Because I took off

22    the belt after I figured out that it broke.

23    And I had the bat with it and I went to the

24    dumpster and threw that in the dumpster and I

25    just kind a chunked the belt while I had it in

1    there.

2              And then I went to my room and

3    take off my clothes real quick and jumped in

4    the shower and rinsed off and everything.   And

5    I then put on some fresh clothes and I put them

6    all in the canister and I still had them in my

7    room for some reason.  I don't know.  ████████

8    ████████████████████████████████████████████████

9    ███████████████████.   And I knew the trash was

10   leaving the next day.

11             And then they found the car I

12   still had them and I didn't want them to see me

13   carrying them to the dumpster, so I went and

14   put them in the laundry room real quick.

15             BY MR. COOK:  I see.  Okay.  What

16   we -- what we would like to do at this point is

17   we have a piece of paper, we call it a waiver,

18   a search waiver.  And we'd like for you to sign

19   the search waiver.

20             What it is we want to look inside

21   not only room 117, your room there at the

22   motel, but we would like to go to the apartment

23   where the money is and look in there, also.

24             BY MR. SNEED:  Well, I can give

25   you the right to go directly in and get the

1    money but I can't give you the right to search

2    the whole apartment.

3                    BY MR. BEMO:  That's okay.  We'll

4    -- we'll  speak with the other gentlemen.

5                    BY MR. COOK:  Are the other guys

6    there at the apartment now?

7                    BY MR. SNEED:  Oh, they should be.

8                    BY MR. BEMO:  How many guys do you

9    share that apartment with?

10                   BY MR. SNEED:  There's two guys

11   and then there's a women, one of them is

12   married and the other one just has a

13   girlfriend.

14                   BY MR. COOK:  Oh, is the women

15   stay there with them?

16                   BY MR. SNEED:  Yeah.

17                   BY MR. COOK:  What are their

18   names?

19                   BY MR. SNEED:  David Jackson, I

20   think.  I think that's his last name is David

21   Jackson.  And Kim, which is Rob Brassfield's

22   daughter-in-law, I guess.  It's like his wife's

23   daughter and they are married and they got a

24   little baby.                    LWW 1737

25                   BY MR. COOK:  Okay.  Who's

```
 1        apartment actually --

 2                    BY MR. SNEED:  It's under their

 3        name.  I don't know.

 4                    BY MR. COOK:  Under David

 5        Jackson's?

 6                    BY MR. SNEED:  Yeah.  I supposed

 7        it would be under his name.

 8                    BY MR. BEMO:  What motel is this

 9        at?

10                    BY MR. SNEED:  I don't know the

11        name of the complex.

12                    BY MR. BEMO:  It's an apartment

13        complex?

14                    BY MR. SNEED:  Yes.  I know I can

15        kind of -- kind of graph it out for you.

16                    BY MR. BEMO:  Well, we're going to

17        take you out there and you can show us where

18        it's at.

19                    BY MR. SNEED:  Oh, all right.

20                    BY MR. COOK:  Is that okay?

21                    BY MR. SNEED:  Yeah.  That's fine.

22        I'll go out and help you and everything.

23                    BY MR. COOK:  Did you copy that?

24                    BY MR. BEMO:  Yes.  He's copying

25        that for me now.                    LWW 1738
```

1    BY MR. COOK:  Oh, okay.  I'll get

2    it for you.

3    BY MR. BEMO:  You said -- oh, you

4    got some coffee there?

5    BY MR. SNEED:  ████████████████████

6    ██████████████████████████████████████

7    BY MR. COOK:  Well, we'll just

8    have to wait and see.  This is definitely going

9    to be better for you this way then it would be

10   if you didn't say anything.

11   BY MR. SNEED:  ████████████████████

12   ████████████████████████████

13   BY MR. COOK:  Murder one?  Well,

14   the maximum is death.

15   BY MR. SNEED:  I guess I should

16   have suspected that.

17   BY MR. BEMO:  But there's also two

18   other charges.  It could be life without parole

19   or life.

20   BY MR. COOK:  Are you guys ready?

21   We'll go down here.

22   BY MR. BEMO:  Why don't you just

23   bring them in here and let's sign them in here.

24   We went to the jail and he'll bring them back

25   -- he's going to bring them back here.

1      BY MR. COOK:  All right.

2      BY MR. SNEED:  ▓▓▓▓▓▓▓▓▓▓▓▓▓

3   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4      BY MR. BEMO:  Yeah.  Well, it

5   seems like you can after about a third of your

6   sentence.  They will figure it's -- 45 years is

7   a life term.  There's all kind of things that

8   can happen in this and it's really kind of

9   premature for --

10      BY MR. SNEED:  Well, I should look

11   forward to the next 40 years of sitting in a

12   cell?

13      BY MR. BEMO:  Oh, well, I don't

14   know.  But I'm going to tell you this, your old

15   bud, Rich, was planning on letting you hang by

16   yourself for this.

17      BY MR. SNEED:  Well, I ain't going

18   to hang by myself.  I'm telling you all the

19   truth.

20      So you all are going to search

21   this whole apartment?

22      BY MR. BEMO:  No.  We just want --

23   we just want you to sign a waiver so that we

24   can go in -- you said you had just a couple of

25   drawers in the apartment that are yours?

1              BY MR. SNEED:   Yes.

2              BY MR. BEMO:   Or one or whatever

3        it is, I don't know.   All we want is to go in

4        there and -- and look in your drawer and get

5        that money out.   That's all we want.   We don't

6        want to search the whole apartment.   And we're

7        not interested in what they're doing or what

8        they have or anything like that.

9              Okay.   Now, this is a consent to

10       search waiver form, okay.   Let me read it to

11       you.   Look at this here.   While I'm reading it

12       you read along with me.   It has a blank spot up

13       there that I will have you print your name in.

14              And it says after having been

15       advised of my right not to have a search made

16       of my premises hereinafter mentioned without a

17       search warrant that my right to refuse to

18       consent to such a certain hereby authorizing

19       Inspector Bemo and Inspector Cook, officers of

20       the Oklahoma City Police Department to conduct

21       a complete search of my premises located and

22       we'll get the address of that apartment complex

23       out there, in Oklahoma City, Oklahoma.

24              These office are authorized by me

25       to take from my premises any letters, papers,

1    materials or property which they may desire.

2    This written permission is being given by me to

3    the above-named officers voluntarily and

4    without any threats or promises of any kind.

5    Okay?

6                        Now want I want you to do is I

7    want you to print your name up here.

8                        BY MR. SNEED:  Full name?

9                        BY MR. BEMO:  Yes.

10                        BY MR. SNEED:  (Complies)

11                        BY MR. BEMO:  Okay.  Now I want

12    you to sign your signature there.

13                        BY MR. SNEED:  (Complies).  Okay.

14                        BY MR. BEMO:  I'll have them sign

15    it out there.

16                        BY MR. COOK:  Okay.  And we'll

17    need one for 117.

18                        BY MR. BEMO:  117?

19                        BY MR. COOK:  Yes, sir.

20                        BY MR. BEMO:  Okay.  That's --

21    okay.  This same thing applies to your room out

22    there on Council at the Best Budget.

23                        Did you not see the news tonight

24    or anything?

25                        BY MR. SNEED:  Yeah.  I was

1    sitting there watching it while I was waiting

2    for the officers to come pick me up.

3              BY MR. COOK:   Okay.   You knew they

4    were coming?

5              BY MR. SNEED:   Yes.   They showed

6    up at my boss' house.   My boss said that he

7    would go get me and bring me back to his

8    trailer and then they didn't pick me up there

9    and then they came along.   You come out without

10    any trouble.

11              BY MR. COOK:   Ready?

12              BY MR. BEMO:   Okay.   Grab your

13    smokes there and come with us.

14

15              (End of interview)

16

17

18

19

20

21

22

23

24

25                                      LWW 1743