**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RICHARD GLOSSIP,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | Case No.  CIV-08-326-HE |
| ) | |
| **MARTY SIRMONS, Warden,** ) | |
| **Oklahoma State Penitentiary,** ) | |
| ) | |
| **Respondent.** ) | |

## **O R D E R**

This matter comes before the Court on Respondent's *Unopposed Motion for Extension of Time and Brief in Support*. (Doc. #30)  For good cause shown, the Court finds that Respondent's motion should be GRANTED.  Respondent's response to Petitioner's *Second Motion to Permit Discovery* (Doc. 27) is now due November 26, 2008.

**IT IS SO ORDERED.**

Dated this 24th day of November, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE