FILED
COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA

JUN 0 1 2007

MICHAEL S. RICHIE
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA

| | |
|---|---|
| RICHARD EUGENE GLOSSIP, | ) |
| Appellant, | ) |
| v. | ) Case No. D-2005-310 |
| THE STATE OF OKLAHOMA, | ) |
| Appellee. | ) |

## ORDER DENYING PETITION FOR REHEARING AND DIRECTING ISSUANCE OF MANDATE

Appellant, Richard Eugene Glossip, through counsel, has filed a Petition for Rehearing pursuant to Rule 3.14, *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch. 18, App. (2007). Appellant seeks reconsideration of this Court's opinion handed down on April 13, 2007, affirming his conviction and death sentence in Oklahoma County District Court Case Number CF-1997-244. *Glossip v. State*, 2007 OK CR 12, ___ P.3d ___. A petition for rehearing shall only be filed for the following reasons:

(1) Some question decisive of the case and duly submitted by the attorney of record has been overlooked by the Court, or

(2) The decision is in conflict with an express statute or controlling decision to which the attention of this Court was not called either in the brief or in oral argument.

Rule 3.14(B). Having examined the Motion for Rehearing and being fully advised in the premises, this Court finds that Appellant's Motion for Rehearing meets neither of the above criterions.

EXHIBIT 6

THEREFORE BY ORDER OF THIS COURT, the Motion for Rehearing is hereby **DENIED**.  The Clerk of this Court is directed to issue the mandate forthwith.

**IT IS SO ORDERED.**

**WITNESS OUR HANDS AND THE SEAL OF THIS COURT** this 1st day of June, 2007.

_____
GARY L. LUMPKIN, Presiding Judge

_____
CHARLES A. JOHNSON, Vice Presiding Judge

_____
CHARLES S. CHAPEL, Judge

_____
ARLENE JOHNSON, Judge

_____
DAVID B. LEWIS, Judge

ATTEST:

_____
Clerk