**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RICHARD GLOSSIP, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIV-08-326-HE |
| | ) | |
| MARTY SIRMONS, Warden, | ) | |
| Oklahoma State Penitentiary, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S APPLICATION FOR ORDER SEALING
*EX PARTE* APPLICATION FOR ORDER NUNC PRO TUNC**

_____

The Petitioner, Richard Glossip, requests that this court enter an order sealing the *Ex Parte* Application for Order Nunc Pro Tunc, and Order regarding same and that same be maintained under seal until the completion of all proceedings in this case.

The undersigned counsel has provided an envelope with the style of the case to assist the Court in sealing these documents if the Court sustains this request.

Respectfully submitted,


s/Mark Henricksen
MARK HENRICKSEN, OBA #4102


**Certificate of Non-Service**

  This *Ex Parte* Application For Sealing *Ex Parte* Preliminary Litigation Budget submitted by the Petitioner to the Court was not delivered to counsel for Respondent since this request was made *ex parte*.


              s/Mark Henricksen
              MARK HENRICKSEN, OBA #4102



HENRICKSEN & HENRICKSEN
LAWYERS, INC.
600 North Walker, Suite 220
Oklahoma City, Oklahoma 73102-3035
(405) 609-1970 (405) 609-1973 (Facsimile)