## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD GLOSSIP, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIV-08-326-HE |
| | ) | |
| MARTY SIRMONS, Warden, | ) | |
| Oklahoma State Penitentiary, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

THIS MATTER comes on for hearing on the *ex parte* application of the Petitioner.

For good cause shown, the previous order of May 1, 2008 (docket entry no. 10) is hereby corrected and the Co-Counsel, Lanita Henricksen shall be compensated for approved time in this case at the prevailing hourly rate as authorized by federal law.

_____
UNITED STATES DISTRICT JUDGE