IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MARTY SIRMONS, Warden, )<br>  Oklahoma State Penitentiary, )<br>)<br>Respondent. ) | CIV-08-326-HE |

ORDER SEALING *EX PARTE* APPLICATION FOR ORDER
NUNC PRO TUNC

THIS MATTER comes on for hearing the Petitioner Richard Glossip's Application for Order sealing *Ex Parte* Application for Order Nunc Pro Tunc until the completion of this case.

The Court does enter an order directing the United States District Court Clerk to maintain the following documents under seal until either further order of this Court, or until the completion of this case:

*Ex Parte* Application for Order Nunc Pro Tunc

Dated this ___16___ day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE