### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No.  CIV-08-0326-HE |
| ) | |
| RANDALL WORKMAN, Warden, ) | |
| Oklahoma State Penitentiary, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Respondent's motion for extension of time [Doc. #40] is **GRANTED**.  The response to petitioner's habeas corpus petition will be due on **January 20, 2009**.

**IT IS SO ORDERED**.

Dated this 30th day of December, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE