# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RICHARD GLOSSIP,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-08-326-HE |
| | ) |
| **RANDALL WORKMAN, Warden,** | ) |
| Oklahoma State Penitentiary,[1] | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF RESPONSE TO PETITIONER'S
## MOTION FOR EVIDENTIARY HEARING

COMES NOW the Respondent, Randall Workman, Warden, Oklahoma State Penitentiary, by and through Seth S. Branham, Assistant Attorney General, and provides notice that Respondent's response to Petitioner's *Motion for Evidentiary Hearing* (Doc. 42) is set forth in the final pages of Respondent's *Response to Petition for Writ of Habeas Corpus*, filed with this Court on January 20, 2009.

---

[1] Randall Workman replaced Marty Sirmons as Warden of Oklahoma State Penitentiary on December 15, 2008. Fed. R. Civ. P. 25(d).

Respectfully submitted,

**W.A. DREW EDMONDSON**
**ATTORNEY GENERAL OF OKLAHOMA**

**s/ SETH S. BRANHAM**
**SETH S. BRANHAM, OBA #18019**
**ASSISTANT ATTORNEY GENERAL**

313 N.E. 21st Street
Oklahoma City, OK  73105
(405) 521-3921 (Voice)
(405) 522-4534 (Fax)
Service email: fhc.docket@oag.state.ok.us
**ATTORNEYS FOR RESPONDENT**

## CERTIFICATE OF SERVICE

On this 20th day of January, 2009, I certify that a true and correct copy of the foregoing was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Henricksen
Lanita Henricksen
Henricksen & Henricksen Lawyers, Inc.
600 N. Walker, Suite 220
Oklahoma City, OK 73102-3035
e-mail:    mark.henricksen@coxinet.net
           henricksen.lanita@coxinet.net

s/ SETH S. BRANHAM