# IN THE DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, )<br>)<br>              Petitioner, )<br>)<br>vs. )<br>)<br>MARTY SIRMONS, Warden, )<br>Oklahoma State Penitentiary, )<br>)<br>              Respondent. ) | No. CIV-08-326-HE |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENT'S RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS

_____

Comes now the Petitioner, Richard Glossip, through his attorney, Mark Henricksen, pursuant to Rule 6, Fed.R.Civ.P., 28 U.S.C., and asks this Court for an extension of time of ten (10) days from February 19, 2009, or until March 2, 2009, in which to reply to the *Respondent's Response to Petition For Writ of Habeas Corpus*.

1. The Respondent filed its Response to Petition For Writ of Habeas Corpus on January 20, 2009. Doc. 43, and Petitioner's Reply is due February 19, 2009.

2. In addition to performing necessary research and reviewing the file in this case in order to prepare an appropriate reply to Respondent's Response to Petition For

Writ of Habeas Corpus, counsel for Petitioner is spending considerable time on the response to a petition for rehearing in the capital case of *Michael Wilson v. Sirmons*, Tenth Circuit Court of Appeals, Case No. 06-5179 which is due in February, 2009. The law partner for the undersigned is counsel of record, but this is a case of significant consequence and the undersigned has been assisting. The undersigned has also been working as co-counsel in another habeas case, *Brenda Evers Andrew v. Millicent Newton-Embry*, Western District of Oklahoma, Case No. 08-CIV-00832-L, which has a relatively enormous record. Further, undersigned counsel is defending Paul Jay Doyle in *United States of America vs. Paul Jay Doyle*, Western District of Oklahoma, Case No. CR-09-028-M, which is set for jury trial on March 9, 2009. Counsel has an active criminal defense practice which includes many other professional responsibilities.

    3. This motion is made in good faith and not for purposes of delay.

    4. Assistant Attorney General, Seth Branham does not object to the granting of this extension.

    WHEREFORE, Petitioner requests this Court for an additional ten (10) days from February 19, 2009, or until March 2, 2009, in which to respond to Respondent's *Response to Petition For Writ of Habeas Corpus*.

Respectfully Submitted,

/s/ Mark Henricksen
MARK HENRICKSEN, OBA #4102
HENRICKSEN AND HENRICKSEN
LAWYERS, INC.
600 North Walker, Suite 220
Oklahoma City, Oklahoma 73102
(405) 609-1970
(405) 609-1973 Facsimile

ATTORNEY FOR PETITIONER

CERTIFICATE OF SERVICE

I certify that on the 17th day of February, 2009, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Seth S. Branham, Esq.
Assistant Attorney General
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105-4894
fhc.docket@oag.state.ok.us
seth_branham@oag.state.ok.us

/s/ Mark Henricksen