## IN THE DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP,                    )
                                    )
                 Petitioner,        )
                                    )
        vs.                         )        No. CIV-08-326-HE
                                    )
MARTY SIRMONS,      Warden,         )
Oklahoma State Penitentiary,        )
                                    )
                 Respondent.        )

## ORDER GRANTING EXTENSION

The Court has before it Petitioner's Unopposed Motion For Enlargement of

Time to file a Reply to the Respondent's *Response to Petition For Writ of Habeas*

*Corpus*. (Doc.45)   For good cause shown, the Motion is GRANTED and Petitioner

has an additional ten (10) days, to and including March 2, 2009, to file a Reply.

    IT IS SO ORDERED this ᐧᐧ day of February, 2009.

                                    _____
                                    JOE HEATON
                                    United States District Judge

HENRICKSEN & HENRICKSEN
LAWYERS, INC.
600 North Walker, Suite 220
Oklahoma City, Oklahoma 73102-3035
(405) 609-1970    (405) 609-1973 fax
mark.henricksen@coxinet.net