IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD GLOSSIP, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-08-0326-HE |
| | ) | |
| MARTY SIRMONS, Warden, Oklahoma State Penitentiary, | ) ) ) | |
| Respondent. | ) | |

### ORDER

Petitioner is directed to file under seal a complete copy of Attachment 18 to the Appendix to his habeas petition, which is the court reporter's transcript of the videotaped interview of Justin Sneed conducted by the Oklahoma City Police Department on January 14, 1997. Many pages, including pages 16, 17, 19-21, 24-27, 35, 37, 45, 46, , 69, 72, 73, include redacted or illegible portions and pages are missing, including pages 47 and 49-51. Petitioner is granted ten days within which to comply with the court's order.

**IT IS SO ORDERED.**

Dated this __15__ day of __April__, 2010.

JOE HEATON
UNITED STATES DISTRICT JUDGE