# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RICHARD GLOSSIP,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| vs. | ) CIV-08-326-HE |
| | ) |
| **MARTY SIRMONS, Warden,** | ) |
| **Oklahoma State Penitentiary,** | ) |
| | ) |
| **Respondent.** | ) |

## MOTION TO SUPPLEMENT RECORD
## WITH CONVENTIONAL FILING
_____

The Petitioner, Richard Glossip, requests that this court enter an order allowing petitioner to supplement the record with conventional filing.

1. That the court has heretofore ordered the respondent to produce and make available for copying certain posters which were displayed throughout Petitioner's trial, (Doc. 53).

2. That the petitioner has obtained copies of the posters which are the subject matter of Ground III in petitioner's Petition for Writ of Habeas Corpus.

3. That it is not possible to filed these documents electronically and further they should be filed conventionally so that the court can review them in

1

a manner which closely resembles what was presented to the trial jury and about which objection was made to the trial court, and further in order to adjudicate all of the claims on the pending petition for habeas corpus.

        Respectfully submitted,

        s/ Mark Henricksen
        MARK HENRICKSEN, OBA #4102

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2010, I electronically transmitted the attached document to the Clerk of this Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Seth Branham, Esq.
Assistant Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
fhc.docket@oag.state.ok.us

        s/Mark Henricksen
        MARK HENRICKSEN

HENRICKSEN & HENRICKSEN LAWYERS, INC.
600 North Walker, Suite 220
Oklahoma City, Oklahoma 73102-3035
(405) 609-1970     (405) 609-1973 fax
mark.henricksen@coxinet.net
henricksen.lanita@coxinet.net