### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | NO. CIV-08-0326-HE |
| ) | |
| MARTY SIRMONS, Warden, Oklahoma ) | |
| State Penitentiary, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Petitioner has filed a motion seeking to supplement the record with copies of the posters which are the subject of Ground III of his habeas petition. He requests that he be allowed to file the posters conventionally.

Petitioner's motion [Doc. #54] is granted. He is directed to file the posters conventionally by July 22, 2010. Rule 7(a) of the Rules Governing Section 2254 Cases. Respondent may examine the posters after they are filed and, if it challenges their correctness, so advise the court by July 29, 2010. Rule 7(c).

**IT IS SO ORDERED**.

Dated this 15th day of July, 2010.

JOE HEATON
UNITED STATES DISTRICT JUDGE