UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. CIV-08-326-HE |
| RANDALL WORKMAN, Warden, Oklahoma State ) Penitentiary ) | |
| ) | |
| Defendant(s) ) | |

## NOTICE OF CONVENTIONAL FILING

**Please take notice** that (Plaintiff/Defendant) Plaintiff ,(Name of Party) Richard Glossip,

shall conventionally file one copy of the following document, paper or other material:

Copy of 14 posters originally on display during Plaintiff's trial
(Title of Document, Paper or Other Material)

This document, paper, or other material has not been filed electronically because:

☑ it cannot be converted to electronic format

☐ the electronic file size of this material exceeds 5 megabytes (MB)

☐ it is filed under seal

☑ the Court by Order has excused electronic filing

☐ it is exempt from electronic filing pursuant to § II.A.1 of the ECF Policy & Procedures Manual

The document, paper, or other material will be conventionally served on all parties.

s/ Mark Henricksen
Name Mark Henricksen
Attorney bar number, if applicable 4102
Address 600 North Walker, Suite 220
City Oklahoma City
State, Zip Code Oklahoma 73102
Phone: (405) 609-1970
Fax: (405) 609-1973
E-mail: mark.henricksen@coxinet.net

*Certificate of Service*

☑ I hereby certify that on (date) 07/21/2010 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Seth Branham
Assistant Attorney General
313 N. E. 21st Street
Oklahoma City, Oklahoma 73105
(405) 521-3921 (Voice)
(405) 522-4534 (Fax)
Attorney for Respondent
e-mail: fhc.docket@oag.state.ok.us

☐ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

_s/ Mark Henricksen_____
s/ Attorney Name