## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD GLOSSIP, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-08-0326-HE |
| | ) | |
| RANDALL WORKMAN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The court previously granted petitioner's motion seeking production of posters the prosecutors made and displayed throughout the first stage of his second trial.  If, based on his examination of the posters, petitioner wishes to supplement Ground III of his habeas petition, he may file a supplemental brief, not to exceed **five (5) pages**, within **seven (7) days**.  If a supplemental brief is filed respondent may filed a response, not to exceed **five (5) pages**, within **five (5) days**.

   **IT IS SO ORDERED**.

Dated this 12th day of August, 2010.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE