**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RICHARD GLOSSIP, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-08-0326-HE |
| | ) | |
| RANDALL WORKMAN, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>ORDER</u>

Petitioner is directed to state any objection he has to respondent's motion to expand the record [Doc. #60] not later than **<u>Tuesday, August 31, 2010</u>**.

**IT IS SO ORDERED**.

Dated this 24th day of August, 2010.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE