IN THE DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, )
)
Petitioner, )
)
vs. )   No. CIV-08-326-HE
)
RANDALL WORKMAN, Warden, )
Oklahoma State Penitentiary, )
)
Respondent. )

AFFIDAVIT

STATE OF OKLAHOMA )

COUNTY OF Creek ) ss:

Wayne Woodyard, of legal age, and first being duly sworn upon oath, does state as follows:

1. That I, Wayne Woodyard, was co-counsel for Richard Eugene Glossip, in case number CF-97-244, Oklahoma County, State of Oklahoma, and was present during the trial in Mr. Glossip's case.

2. That I have personal knowledge of the facts contained herein.

3. That I was present when posters containing portions of the testimony of witnesses were prepared by the prosecutor and displayed in the court room by the prosecutor.

4. That the posters containing portions of witnesses' testimony were positioned in a

1

a way that I believe it was possible that some witnesses could see at least some of the posters from the witness stand.

_____
WAYNE WOODYARD

Subscribed and sworn to before me this 31st day of August, 2010.

I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

_____
Notary Public

Vicki Bundy
(Printed Name) Notary Public

My Commission Number 04005471
My Commission Expires 6/18/2012

2