## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD GLOSSIP, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-08-0326-HE |
| | ) | |
| RANDALL WORKMAN, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

The court previously allowed petitioner to supplement the record with copies of the posters which are the subject of Ground III of his habeas petition. Respondent now seeks leave to expand the record to include the affidavit of Connie Smothermon. Although petitioner opposes the request the court concludes the record should include Ms. Smothermon's affidavit. Therefore, respondent's motion [Doc. #60] is **GRANTED**. Rule 7(a) of the Rules Governing Section 2254 Cases.[1]

**IT IS SO ORDERED**.

Dated this 28th day of September, 2010.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

---

[1] *Petitioner's request that, if the respondent's motion is granted, the record be expanded to include the affidavits attached to his response is denied. Petitioner's concerns have been addressed by the court's treatment of Ms. Smothermon's affidavit, detailed in its order denying the writ.*