### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD GLOSSIP, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-08-0326-HE |
| | ) | |
| RANDALL WORKMAN, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

The court has considered the petition for writ of habeas corpus, the response, all other pertinent and supplemental pleadings, and the state court record, as expanded. In accordance with the order entered this dated, the petition for writ of habeas corpus is denied.

**IT IS SO ORDERED**.

Dated this 28th day of September, 2010.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE