# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RICHARD GLOSSIP,** )<br>)<br>**Petitioner,** )<br>)<br>vs. )<br>)<br>**RANDALL WORKMAN, Warden,** )<br>**Oklahoma State Penitentiary,** )<br>)<br>**Respondent.** ) | Case No. CIV-08-326-HE |

## NOTICE OF INTENT TO APPEAL
_____

NOTICE IS HEREBY GIVEN that Richard Glossip appeals to the United Sates Court of Appeals for the Tenth Circuit from an Opinion and Order denying his Petition For Writ of Habeas Corpus under 28 U.S.C. § 2254 entered in this case on September 28, 2010. (Doc. 64)

Dated this 20th day of October, 2010.

                                                 HENRICKSEN & HENRICKSEN
                                               LAWYERS, INC.

                                               s/<u>Mark Henricksen</u>
                                               MARK HENRICKSEN, OBA #4102
                                               600 North Walker, Suite 220
                                               Oklahoma City, Oklahoma 73102
                                               (405) 609-1970
                                               (405) 609-1973 Facsimile
                                               mark.henricksen@coxinet.net
                                               Attorney for Petitioner

Certificate of Service

I hereby certify that on the 20th day of October, 2010, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the Following ECF registrant:

Seth Branham, Esq.
Assistant Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105
(405) 521-3921
(405) 522-4534 (Fax)

fhc.docket@oag.state.ok.us

s/ Mark Henricksen