TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE

PART I - To be completed by appellant within ten days of filing the notice of appeal

Short Title: **Richard Glossip v. Randall Workman**
District: **Western District of Oklahoma**  District Court Number: **CIV-08-326-HE**
Circuit Court Number:
Name of Attorney: **Mark Henricksen;**
    Name of Law Firm: **Henricksen and Henricksen**
                      **Lawyers, Inc.**
                      **600 North Walker, Suite 220**
                      **Oklahoma City, Oklahoma 73102-3035**
    Telephone Number of Firm: **(405) 609-1970**  Attorneys for: **Appellant**
    Name of Court Reporter: **N/A**  Telephone of Reporter: **N/A**

PART II - COMPLETE SECTION A OR SECTION B
SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
[**X**] A transcript is not necessary for this appeal, **(No hearing was held in federal court)**
[ The necessary transcript is already on file in District Court
[] The necessary transcript was ordered previously in appeal number

SECTION B - I HEREBY ORDER THE FOLLOWING
                    (Specify the date and proceeding in the space below)
Voirdire:_____; Opening Statements:_____; Trial proceedings: _____; Instruction Cnf:_____; Jury Instructions: _____; Closing Arguments: _____
; Post Trial Motions: _____; Other Proceedings: _____.

      [] Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.
      [] This case is proceeding under the Criminal Justice Act.This case is proceeding under the Criminal Justice Act.
    NOTE:NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: **s/ Mark Henricksen**  Date: **October 20, 2010**
PART III - TO BE COMPLETED BY THE COURT REPORTER
    Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: NA
**N/A** _____ Estimated completion date:
**N/A**_____ Estimated number of pages:
_____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____  Date:_____

**A-8**  Transcript Order Form 4/97