## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA
www.okwd.uscourts.gov

**ROBERT D. DENNIS**
CLERK

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000    Fax (405) 609-5099

**RHONDA REYNOLDS**
CHIEF DEPUTY

November 2, 2010

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

        IN RE: 10-6244; CIV-08-326-HE Glossip v Sirmons (Page1)

Dear Ms. Shumaker:

Transmitted with this letter is the record on appeal of the above captioned case, consisting of:

| Volume | Description (including pleading numbers) | Sealed | Transmittal method |
|---|---|---|---|
| 1 | Pleadings:1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,18,19,20 21,22,23,24,25,26,27,30,31,32,33,34,37,40,41,42,43,44 | No | Electronically |
| Vol 1 cont | 45,46,47,51,53,54,55,56,57,58,59,60,61,62,63,64,65,66 67,68,71  (4 Parts) | No | Electronically |
| 2 | SEALED Documents 28 (Exhibit 7 Psychitric Evaluation), 35,36,52 | SEALED | via Federal Express |
| 2 | SEALED Document 29 (Exhibit 17 Video Tape) | SEALED | via Federal Express |
| 3 | Transcripts from State Court - Document 50 (see Index of Transcripts in box 1 of 2) | No | via Federal Express |

A copy of the docket sheet is enclosed as an index to the record on appeal.

Should you have any questions, please contact our office at your convenience.

                Sincerely,

                ROBERT D. DENNIS, COURT CLERK


                By: s/ Pamela L.Weeks
                        Case Administrator

Enclosures

cc letter only: all counsel of record and pro se litigants

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA
www.okwd.uscourts.gov

**ROBERT D. DENNIS**
CLERK

**RHONDA REYNOLDS**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000    Fax (405) 609-5099

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

        IN RE:

Dear Ms. Shumaker:

Transmitted with this letter is the record on appeal of the above captioned case, consisting of:

| Volume | Description (including pleading numbers) | Sealed | Transmittal method |
|--------|------------------------------------------|--------|--------------------|
|        |                                          |        |                    |
|        |                                          |        |                    |
|        |                                          |        |                    |
|        |                                          |        |                    |
|        |                                          |        |                    |

A copy of the docket sheet is enclosed as an index to the record on appeal.

Should you have any questions, please contact our office at your convenience.

                Sincerely,

                ROBERT D. DENNIS, COURT CLERK


                By: s/_____
                        Case Administrator

Enclosures

cc letter only: all counsel of record and pro se litigants