# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 01, 2013 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Robert D. Dennis
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:**     **10-6244, Glossip v. Trammell**
           Dist/Ag docket: 5:08-cv-00326-HE

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Seth S. Branham
        Mark Henricksen
        Kathleen A. Lord

EAS/pdw