# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 4, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Richard Glossip
           v. Anita Trammell, Warden
           No. 13-8943
           (Your No. 10-6244)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on February 20, 2014 and placed on the docket March 4, 2014 as No. 13-8943.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst