Rec'd in Chambers 01/07/2015

December 30th 2014

To: Judge Joe Heaton
Rm 3108 Court Room 304
U.S. Court House
200 N.W. Fourth St.
OKC, OK 73102

PLEASE READ
LIFE AND DEATH

No. CIV-08-0326-HE

To: Judge

My name is Richard E Glossip and I am a death row inmate who is going to be executed on January 29th, 2015 and they will be executing an innocent man.

In 1998 I was convicted of planning the murder of an Oklahoma City motel owner named (Barry Van Treese) the motive the state gave was that money was missing from the motel and that I committed this crime to prevent myself from being fired. The state was able to claim this even though right before my first trial the state informed the court that the paperwork for the motel for the time I had worked there had been destroyed by a flood. (The court had ordered them to turn over said paperwork) The reason the paperwork was so important is because it would have shown that there had been no shortages and that if there had been we could have shown why. So the state was allowed to make claims of missing money without the paperwork to prove it.

Now when I was arrested I had money on me that I had gotten by selling items I owned. Futon, T.V., entertainment center, 50 gallon fish tank, 2 vending machines and movie collection, to David McWater's family, Cliff Everhart, the motel and pawn shop, to hire an attorney (which a member of the Van Treese family recommended I do) I had given detectives the names of everyone I had gotten money from so they could contact them and see that I was telling the truth. But that was ignored and the state was allowed to claim that the money belonged to the deceased without any proof of that (fingerprints or DNA)

The state was allowed to put hearsay testimony of the Tulsa motel manager who was able to claim that he had a conversation with the deceased (Barry Van Treese) about the Oklahoma City motel being short money and that

He was upset about it. He was allowed to make that claim even though on the stand he admitted that the Tulsa motel was short a considerable amount of money (twice what the OKC motel was supposedly short) He was also allowed to tell the jury that I was going to be fired, even though on the stand he testified that he thought he was the one going to be fired.

The state was allowed to claim that (Justin Sneed) was not a violent person, was meek and easily controlable and that I took advantage of him. Which the D.A. knew to be untrue because there was a report by the states own psychiatrist that stated that (Justin Sneed) was a very angry person, prone to outburst of violence (which his past record showed) and that he hated authority figures (which I would have been to him) but we were denied the use of that report when (Mr. Sneed) was on the stand. So we were not allowed to show that the state misrepresented (Mr. Sneed) to the jury.

(Mr. Sneed) has given many different accounts about what happened. When he was arrested he repeatedly told detectives that I had nothing to do with it and that it was a robbery gone bad. But after going off camera for 45 minutes (which no one knows what was said except for them) he then comes back saying that I told him to do it. His second story was that I offered him a $7,000.00 to do what he did. Later it became $10,000.00. Then he claimed that after he had done it, he then went to the deceased car and got the money he had in it, which he said only turned out to be $4,000.00 (which if I would have had the paperwork I could have shown that to be a lie as well) which he then claimed he split that with me. He also claimed that I came to his room at 2:30 am to ask him to do this. We had a video tape from the gastation next door to the motel that showed (Justin Sneed) there at 2:30 am. When it was made known that we were going to use the tape. His time then changed so we couldn't. As you can see I was convicted solely on the testimony of the killer (Justin Sneed) There has never been any evidence against me (physical or other) to show that I had any involvement in this before the fact except for the self serving testimony of (Justin Sneed) who as you can see has told many different stories.

There was also my girlfriend at the time (D-Anna Wood) who repeatedly told detectives that I was in bed asleep with her the whole time until we we-

me awoken by (Mr. Sneed) pounding on the door and wall to wake us up, who then told me that 2 drunks broke a window, which I told him to clean up. Then when he did say he had killed (Mr. Van Treese) I truly didn't believe him.

Later that day (Mr. Sneed) then fled the motel, changed his appearance to throw police off and even went back to work for the roofers he had come to OKC with. (I also mention this because it also contradicts the states portrayal of (Mr. Sneed) when she told the jury that one of the reasons (Mr. Sneed) did this was because he thought he would be kicked out of the motel and that he had nowhere to go. He had moved back in with the roofers.

I myself did not flee the motel, I did not change my appearance in anyway, I stayed right where I was because I had nothing to run from. As you can check for yourself your honor, I have never been in trouble in my entire life.

As you can see for yourself your honor, if I had been given the motel paperwork, the psychiatrist report, the witnesses who I had gotten the money from and that the hearsay testimony had not been allowed, there is no doubt that the outcome would have been different.

After spending 2 years on death row my case was overturned for some of the reasons already mentioned and for my attorney (Wayne Fournerat) gross negligence which he was disbarred for.

O.I.D.S. who represented me during my appeal (Lynn Burch) would also represent me in my new trial. It 3 years before I went back to trial, during which a lot occured.

(1) My attorney had the money that I had on me when I was arrested checked for finger prints and D.N.A. of the deceased and (Mr. Sneed) which there was niether. But on (Mr. Sneeds) there had been. There is no way he could have split his money with me and mine have nothing.

(2) We had asked the state to turnover the shower curtain that had been hung over the window inside of the room where the deceased was found (the reason we asked for the shower curtain is because (Mr. Sneed) had claimed at one point that I had helped him hang it there. But when they checked for finger prints it had 2 o-

ifferent prints on it. Neither of them mine) We wanted to show that it was someone else that helped him hang it. But the state informed the court that it was now missing. The only thing missing.

(3) We had also asked the court for the police notes that the officers used when they took my statements from me. (Which the court ordered them to do) But the officers told the court that they could not find them. (We wanted the notes because one of the officers (Tim Brown) had claimed that I had told him several different things, which was untrue. So we didn't get the notes. But he was allowed to continue saying it anyway.

When we did get back to trial the D.A. (Connie Smotherson) this being her last trial with the D.A.'s office used every trick she could to reconvict me. To hell with the fall out.

PROSECUTORIAL MISCONDUCT

(1) The D.A. was allowed to take posterboards with partial statements on them and hang them along the whole front of the D.A.'s table, around the witness stand and other spots around the courtroom in constant view of the jury and the states witnesses throughout my trial.

(2) The D.A. was allowed to say evidence existed that didn't. She was allowed to tell the jury that evidence had existed but I wiped it away or I wore gloves. Which they had no proof anything like that happened. She was allowed to say that my prints should have been in the room because I was in and out of every room. (1) They had only processed the front half of the room not the whole room. (2) They didn't go to other rooms to see if my prints were in them. (3) It would have been impossible for me to have wiped only my prints away and no one elses. All you have to do is look at the crime scene photos to see that.

(3) The D.A. put witnesses on the stand who were giving new statements (that had never been given in the 7 years before trial) When the witnesses were asked how after so long did they remember them now. They said they only remembered because the D.A. helped them to. The D.A. knew the statements were false, yet she put those witnesses on the stand.

(4) The D.A. in front of the jury was allowed to throw pictures from across the room at the defense table.

(5) The D.A. was once again allowed to use the hearsay testimony from the Tulsa motel manager who once again claimed that he had a conversation with the deceased (Barry Van Treese) in which he had told him that the OKC motel was short money. Once again no witnesses or proof it ever took place. He also once again admitted that the Tulsa motel

was short twice as much as the OKC motel was and that he thought he was the one getting fired. He as well had a new story, claiming this time that he had called me that night to tell me about it. He then also stated when asked that if it wasn't for the D.A. he wouldn't have remembered. Once again she knew without a doubt the statement was false.

(6) The D.A. was allowed once again to claim money was missing from the motel even though the motel paperwork had been destroyed before my first trial.

(7) The D.A. was allowed to tell the jury that they should ignore any mention of the lesser charge of (accessory) because it wasn't nothing but a ploy by the defense. (Which was ordered by C.O.C.A. not the defense) It took away any chance for them to consider that charge.

(8) The D.A. was allowed to threaten (Justin Sneed) that if he didn't testify against me again in my new trial, that they would come after him, take his deal away and seek the death penalty on him. This was done because (Mr. Sneed) was not going to testify against me in my second trial. This he told my attorney (Lynn Burch) Mr. Sneed as the others had a new story to add to his others as well. He also claimed he only remembered because of the help of the D.A. There is no doubt that the D.A. had to be psychic.

Your Honor once again denying us all that we were denied. (From the paperwork, the psychiatrist report on (Justin Sneed) the hearsay testimony, being removed, because we could not cross examine it, a quality defense. Which would have changed the outcome of my trial, I was denied due process.

### Ineffective Assistance of Counsel

(1) My attorney failed to use the video tape of (Justin Sneed's) interview to properly show the different stories he had given.

(2) Failure to properly argue the use of the psychiatrist report, which clearly contradicted the state's portrayal of (Justin Sneed).

(3) To properly argue the court's denial of the posterboards being used as well as not properly arguing the right to take a picture of them and where they were hanging, for appeals purposes. Which influenced the jury.

(4) The failure to track down witnesses who could have clearly shown that the money I had on me was indeed mine and did not belong to the deceased.

(5) Failure to properly cross examine witnesses who were now giving new statements after 7 years because it was strange that none of them would have remembered any of the statement without the D.A.'s help. Knowing that the statements were false.

(6) FAILURE TO PUT TOGETHER ANY DEFENSE AT ALL.

(7) FAILURE TO PROPERLY ARGUE THAT THERE SHOULDN'T HAVE BEEN ANY MENTION OF MISSING ONES AT THE MOTEL WITHOUT THE PAPERWORK TO PROVE IT.

(8) FOR NOT MOVING TO FIND A DIFFERENT JUDGE AFTER MY ATTORNEY WAS TOLD BY (JUDGE GRAY) THEY SHOULD DO. (JUDGE GRAY) HAD CALLED MY ATTORNEY (LYNN BURCH) INTO HER OFFICE AND EXPLAINED TO HIM THAT SHE HAD A TAPE OF A SEMINAR THAT SHE HAD GIVEN IN WHICH O.I.D.S. ATTORNEY'S WERE MOCKING HER AND THAT SHE WAS VERY UPSET ABOUT IT, AND SHE THOUGHT IT WOULD BE BEST IF HE ASKED FOR A DIFFERENT JUDGE. AFTER MY ATTORNEY HAD TOLD ME WHAT WAS GOING ON, I ASKED HIM TO DO JUST THAT. BUT MY OPINION WAS IGNORED. WITH ALL THAT WENT ON, I WAS IN NO WAY GIVEN A FAIR TRIAL.

SO NOW I COME BEFORE YOU YOUR HONOR AND PLEADING WITH THE COURT TO NOT ALLOW MY EXECUTION ON JANUARY 29TH 2015 TO TAKE PLACE. I'M ASKING THE COURT TO PLEASE GRANT ME A NEW TRIAL SO THAT I CAN PUT ON A PROPER DEFENSE. OR AT LEAST A LONG ENOUGH STAY OF EXECUTION SO I WILL HAVE THE TIME TO TRACK DOWN THE WITNESSES I NEED TO SHOW THE COURT THAT I WAS UNJUSTLY CONVICTED. I HAVE TO NOW DO THIS ON MY OWN AND I NEED TIME FOR MY FAMILY TO FIND ADEQUATE HELP FOR ME. I AM JUST NOW FINDING OUT HOW LITTLE TIME MY ATTORNEY SPENT ON LOOKING FOR THOSE WITNESSES.

ON MY APPEALS 2 JUDGES (JUDGE CHAPEL AND JUDGE JOHNSON) MADE THEIR OPINION KNOWN THAT MY CASE SHOULD HAVE BEEN OVERTURNED ON THE POSTERBOARD ISSUE ALONE. THEY KNEW THAT I HAD BEEN DENIED A FAIR TRIAL.

I'M ENCLOSING A LETTER SENT TO MY ATTORNEY (WHICH MY ATTORNEY DID NOT USE) BY (O'RYAN JUSTINE SNEED) THE DAUGHTER OF (JUSTIN SNEED) WHO KNOWS HER DAD IS LYING BECAUSE HE WAS BACKED INTO A CORNER AND THREATENED BY THE STATE THAT IF HE RECANTED HIS TESTIMONY THAT THEY WILL COME AFTER HIM WITH THE DEATH PENALTY.

THERE WAS A CASE RECENTLY OVERTURNED BY A FEDERAL JUDGE FOR THE SAME REASONS. (JUSTIN WOLFE)

AS THE COURT CAN SEE THAT IF I WAS GIVEN A NEW TRIAL, THE OUTCOME WOULD BE DIFFERENT. I'M INNOCENT YOUR HONOR AND WOULD IT NOT BE WORTH A DELAY AT LEAST TO MAKE SURE THAT AN INNOCENT MAN IS NOT ABOUT TO BE EXECUTED? OTHER COURTS HAVE STEPPED IN AND GIVEN NEW TRIALS TO MANY DEATH ROW INMATES WHO OTHER

wise would have been executed unjustly. So I'm asking and pleading with this court to do the same for me before its to late. As I have already said your honor, that I have never been in trouble in my entire life, yet I sit on death row about to be executed.

I do have to put before the court that the only aggravator was remuneration. (Justin Sneed) has testified that the money came from the deceased car, not from me and then what he did get he claimed he split with me. There has never been any proof that I offered (Justin Sneed) anything other than his testimony, which you can see he has given many stories.

I also want to add that the state even agrees that I did not commit the murder of (Mr. Van Treese) but there is no doubt that (Justin Sneed) did beat (Mr. Van Treese) to death and even stated that he sat there until (Mr. Van Treese) to on his last breath.

I am once again pleading with the court to not allow my execution to take place, because it will truly be an injustice.

I beg the court that if nothing else I should be given a resentencing, but I truly beg the court for a new trial.

PLEASE GO TO (RICHARDEGLOSSIP.COM) it will help you to better see what has happen to me.

I thank you your honor for your time and I truly hope you will help me before it is to late. I know I made some really bad choices, but that is all they were. I have done 17 years already your honor, I shouldn't have to lose my life as well.

*[signature]*
Richard E Glossip 267303
O.S.P.
H-5W4-L
P.O. Box 97

MCALESTER, OK 74502

I WOULD HAVE BEEN ABLE TO PRESENT THIS BETTER BUT I AM ONLY ALLOWED PAPER, ENVELOPES, AND STAMPS. (NO LEGAL ITEMS) IN THE CELL THEY HAVE ME IN NOW UNDER THEIR NEW PROTOCOLS. THAT I'M ALLOWED. THE ONLY PEN I HAVE IS THE ONE THEY GIVE ME AND IT IS VERY HARD TO WRITE WITH.

I AM INNOCENT YOUR HONOR AND I HAVE WENT AS FAR AS TO STOP EATING. WHEN THEY MOVED ME ON THE 25TH I HAVE REFUSED ALL FOOD AND WILL CONTINUE TO DO SO. I WOULD RATHER DIE OF STARVATION THAN TO BE EXECUTED FOR SOMETHING I DID NOT DO.

I'M PLEADING WITH THE COURT TO PLEASE GRANT ME THE RIGHT TO DO JUST THAT. I HAVE NOT EATEN ONE OF THEIR TRAYS IN OVER 5 YEARS IN WHICH NO ONE CAME TO ME THEN CONCERNED ABOUT THAT. NOW THAT I'M IN THIS CELL THEY ARE ALL OF A SUDDEN CONCERNED BECAUSE THEY DON'T WANT ANYTHING TO CAUSE ANY CONCERNS ABOUT THE NEW PROTOCOLS. NOT CONCERNED FOR THE INMATE BUT THE PROTOCOLS.
SO I'M PLEADING WITH THE COURT TO PLEASE PROTECT ME FROM BEING FORCE FED BY THE PRISON. THEY HAVE THREATENED IT AND IT SHOULD NOT BE ALLOWED.

I THANK THE COURT ONCE AGAIN FOR YOUR TIME.

I JUST RECIEVED THE FOLLOWIN E-MAIL FROM A FRIEND THAT HAS BEEN ADDED TO MY WEBSITE BY A COULD WHO CAME ACROSS THE WEBSITE. I HOPE THAT YOU WILL READ IT AS WELL.

10.23.14

To Whom It May Concern:

   My name is O'Ryan Justine Sneed. I am the daughter of Mr. Justin Sneed. I am writing today in regards to Mr. Richard E. Glossip. I strongly believe he is an innocent man is sitting on death row. I feel there is something missing from my father's testimony. This letter is not to hurt my father in any way. We have the strongest bond a father and daughter could have. We write and communicate almost daily. But I haven't had the chance to tell him about Mr. Glossip's Clemency Hearing so he could draft a letter himself. But the way I feel about Mr. Glossip's case is too strong to just stay idle.
   For a couple of years now, my father has been talking to me about recanting his original testimony. But has been afraid to act upon it, in fear of being charged with the Death Penalty, and not be here for his children. My father has no reason to do so as a favor to Richard, as him and Mr. Glossip have no relationship and have had no communication in the last 17 years. I feel his conscious is getting to him. His fear of recanting, but guilt about not doing so, makes it obvious that information he is sitting on would exonerate Mr. Glossip. I'm sure if he felt safe that he would not lose his Plea Agreement, he would give new and truthful testimony, much different that his Testimony 17 years ago. He has asked me several times to look into what the legal ramifications would be to his own case if he recanted.
   My father told me he said what he had to say to the police to stay in my life. He was backed into a corner, facing being charged with the Death Penalty. But was offered a Plea Agreement, of Life without Parole, to testify against Mr. Glossip. I feel he is holding important facts about Mr. Glossip's case in fear of losing his own Deal.
   I am sure that Mr. Glossip did not do what my father originally said, that he did not hire my father to kill Mr. Van Treese, and he doesn't deserve to die over my father's actions.
   Unfortunately, I've just recently been able to find a contact close to Mr. Glossip after years of searching, to explain to you why my letter is late. But, this has weighed on my heart for years.
   I'm writing today to ask for Clemency for Mr. Richard E. Glossip, and to please not execute an innocent man. One innocent life has already been taken by my father's actions. A second one doesn't deserve to be taken as well.

Sincerely,


O'Ryan Justine Sneed

832.662.1682
justinesneed@gmail.com

19 Bullard St. Apt.1
Dorchester MA.
02121

Inmate - 267303 - GLOSSIP, RICHARD : OSP - Housing Unit UNIT H SW - Cell QUAD 4 SW4T-CELL KK-BE - Bed

**Date :** 12/29/2014 6:17:10 AM
**From :** Martinez, Crystal
**Subject** here is the message that came in through the web-site

**Message :**

Dear Richard,
My girlfriend and I are drinking coffee tonight. Do you know what the result of that might be? Let me tell you. We decided to look up inmates at correctional facilities randomly and review the interesting crimes they committed against society. I suppose we find it amusing at some level. In the instance of running across your inmate # and story we took pause. I just asked my girlfriend if she is for the death penalty and her exact response was "no, yes, no no, yes maybe in an especially brutal circumstance". I will speak for myself as saying I am completely 100% for the death penalty. I enjoy the motto in Texas. If you kill somebody, we kill you! But back to the reason we are writing you...... You have our attention here. We both agree that you should NOT be on death row. We have QUESTIONS about some of your poor choices. A very basic fact in your case tho is that you did not commit murder and that alone should exclude you from being executed. My girlfriend wants to wish you a Merry Christmas. We hope you have accepted Christ as your savior as Christ is your path to redemption.

RICHARD E GLOSSIP
267303
G.S.P.
P.O. BOX 97
MCALESTER, OK 74502

A MATTER OF LIFE AND DEATH

TO: JUDGE JOE HEATON
RM. 3108 COURT ROOM 304
U.S. COURT HOUSE
200 N.W. FOURTH STREET
OKC, OK 73102

